UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 99-10371-RGS

UNITED STATES

v.

JAMES BULGER

ORDER ON GLOBE NEWSPAPER COMPANY'S MOTION TO VACATE
PROTECTIVE ORDER AND TO INTERVENE
IN SUPPORT OF THE MOTION

June 26, 2012

STEARNS, D.J.

The court will allow Globe Newspaper Company's (Globe) motion to intervene and refer the Globe's motion to vacate the protective order in *United States v. Bulger*, Criminal Action No. 99-10371-3, to Magistrate Judge Bowler for a Report and Recommendation. If objections are made to the Report and Recommendation the court will then determine whether a further hearing is necessary.

ORDER

The Globe's motion to intervene is <u>ALLOWED</u>. The Clerk will refer the motion to vacate the protective order to Magistrate Judge Bowler for her Report and

Recommendation.

SO ORDERED.

/s/ Richard G. Stearns

_____
UNITED STATES DISTRICT JUDGE