UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 99-10371-RGS

UNITED STATES OF AMERICA

v.

JAMES J. BULGER

ORDER ON DEFENDANT'S MOTION
TO COMPEL THE PRODUCTION OF TRIAL EXHIBITS

November 20, 2012

STEARNS, D.J.

Defendant's renewed motion to compel the production of trial exhibits in the possession of plaintiff's counsel in each of the civil matters listed below is <u>ALLOWED</u> in part.[1] Counsel in each of the noted cases will within the next fourteen (14) days: (1) produce copies of any trial exhibits in their possession to counsel for the above-captioned defendant;[2] *or* (2) make arrangements with defendant's counsel to permit the inspection and/or copying of such exhibits at a mutually convenient time and place; *or*

---

[1] The cases to which this order is directed are *Davis v. United States*, No. 02-11911; *McIntyre v. United States*, No. 01-10408; *Castucci v. United States*, No. 02-11312; *Donahue v. Federal Bureau of Investigation*, No. 01-10433; *Halloran v. United States*, No. 01-11346; and *Limone v. United States*, No. 02-10890.

[2] Counsel may apply to the court for reimbursement of the reasonable cost of reproducing such exhibits.

(3) file a written objection to the production of any or all such exhibits with the court, which objection may be filed *ex parte* to the extent that it involves privileged matter.

ORDER

The Clerk will provide a copy of this Order to plaintiff's counsel in each of the cases identified in footnote 1.

SO ORDERED.

/s/ Richard G. Stearns
_____
UNITED STATES DISTRICT JUDGE