UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO. 99-10371-RGS

UNITED STATES OF AMERICA

v.

JAMES J. BULGER

ORDER ON COMPLIANCE
WITH THE EXISTING PROTECTIVE ORDER

December 13, 2012

STEARNS, D.J.

As stated in the court's Memorandum and Order on Defendant's Motion to Continue Trial dated November 9, 2012, all objections by defendant to the nondisclosure of material designated by the government as protected will be resolved under the terms of the procedural order issued by Magistrate Judge Bowler on July 17, 2012. Defendant will provide the government with document-specific objections to the so designated materials on or before December 28, 2012. The government will provide defendant on or before January 11, 2013, with a document-specific list of materials which it agrees should be unsealed. The parties will thereafter confer and provide the court on or before January 25, 2013, with a document-specific list of materials as to

which no agreement can be reached *and* for which either party seeks the court's *in camera* review. This Order does not affect the separate procedures established by Chief Judge Wolf and Judge Tauro with respect to the sealed documents on the dockets of the related cases in their respective sessions.

        SO ORDERED.

        /s/ Richard G. Stearns
        _____
        UNITED STATES DISTRICT JUDGE