UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Crim. No. 99-10371-DJC |
| ) | |
| JAMES J. BULGER,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

**GOVERNMENT'S PROPOSED EXHIBIT LIST**

Attached to this filing is the government's proposed exhibit list for trial. Should the government subsequently decide to introduce additional exhibits, it will promptly notify defendant and the Court.[1]

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Dated: May 23, 2013       By:    /s/ Zachary R. Hafer
ZACHARY R. HAFER
BRIAN T. KELLY
FRED M. WYSHAK, JR.
Assistant U.S. Attorneys

---

[1] It should be noted that the exhibit numbering on the attached list goes to Exhibit No. 1174; however, that number includes gaps that were deliberately created between certain categories of exhibits. When those gaps are subtracted, there are approximately 950 unique exhibits.

1

**CERTIFICATE OF SERVICE**

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on May 23, 2013.

                                           */s/ Zachary R. Hafer*___
                                           ZACHARY R. HAFER
                                           Assistant U.S. Attorney

Dated: May 23, 2013