UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
         v.                     )      Criminal No. 99-10371-DJC
                                )
JAMES J. BULGER,                )
                                )
              Defendant.        )

### GOVERNMENT'S PROPOSED WITNESS LIST

The United States of America, by and through the undersigned Assistant U.S. Attorneys, hereby submits the list of names and addresses of the witnesses the government presently intends to call in its case-in-chief. Should the government subsequently decide to call additional witnesses, it will promptly notify the Court and defense counsel.

1. Tom Angeli
   North Reading, MA

2. Joe Angeli
   Los Angeles, CA

3. Anthony Attardo
   Boston, MA

4. Elaine Barrett
   Quincy, MA

5. David Barron, D.M.D.
   Quincy, MA

6. Investigator Ken Brady
   Plymouth County Correctional Facility
   26 Long Pond Road
   Plymouth, MA 02360

7.  Richard Buccheri
    Quincy, MA

8.  William P. Cagney, III, Esq.
    Delray Beach, FL

9.  Patrick Callahan
    San Francisco, CA

10. Frank Capizi
    Scottsdale, AZ

11. Det. Jim Casey, Miami-Dade County (Ret.)
    Coral Gables, FL

12. Brian Castucci
    Swampscott, MA

13. Sandra Castucci
    Revere, MA

14. John Cherry
    Boston, MA

15. Citizens Bank, Keeper of Records
    Boston, MA

16. Michael Coleman, MSP
    470 Worcester Road
    Framingham, MA 01702

17. Kate Crowley, D.M.D.
    Office of the Chief Medical Examiner
    720 Albany Street
    Boston, MA 02118

18. Stephen Davis
    Boston, MA

19. Special Agent Donald DeFago, Customs (Ret.)
    Immigration and Customs Enforcement
    10 Causeway Street, Room 722
    Boston, MA 02222

20. Ralph DiMasi
    Salisbury, MA

21. Patricia Donahue
    Boston, MA

22. Sergeant Detective William Doogan
    Boston Police Department
    650 Harrison Avenue
    Boston, MA 02118

23. Forensic Scientist John Drugan, MSP
    470 Worcester Road
    Framingham, MA 01702

24. Major Tom Duffy, MSP (Ret.)
    470 Worcester Road
    Framingham, MA 01702

25. Richard Evans, M.D.
    Office of the Chief Medical Examiner
    720 Albany Street
    Boston, MA 02118

26. Detective Lieutenant Robin Fabry, MSP
    470 Worcester Road
    Framingham, MA 01702

27. Nancy Ferrier
    Andover, MA

28. Stephen Flemmi
    Incarcerated

29. Colonel Thomas J. Foley, MSP (Ret.)
    470 Worcester Road
    Framingham, MA 01702

30. Robert Gallinaro
    Belmont, MA

31. FBI Special Agent Scott Garriola
    11000 Wilshire Blvd., Suite 1700
    Los Angeles, CA 90024

32. Barry Halloran
    470 Worcester Road
    Framingham, MA 01702

33. Special Agent Mike Hanigan, FBI (Ret.)
    FBI Boston
    One Center Plaza – Suite 600
    Boston, MA 02108

34. Kevin Hayes
    Boston, MA

35. Bruce Heimer, M.D.
    Miami-Dade County – Medical Examiner Department
    1851 NW 10th Avenue
    Miami, FL 33136

36. James Katz
    Relocated Witness

37. Margaret King
    Boston, MA

38. Special Agent Sandra Lemanski, IRS
    JFK Federal Building, Room E-400
    15 New Sudbury Street
    Boston, MA 02203

39. Brenna Leonard
    Boston, MA

40. Howard Levenson
    Relocated Witness

41. David Lindholm
    Greater Boston, MA

42. Det. Lieutenant Robert Long, MSP (Ret.)
    470 Worcester Road
    Framingham, MA 01702

43. Patti Lytle
    Boca Rotan, FL

44. OIG Special Agent James Marra
    Office of the Inspector General
    1 Courthouse Way
    Boston, MA 02210

45.   John Martorano
      Greater Boston, MA

46.   ATF Firearms Specialist Kenneth Mason
      ATF Headquarters
      99 New York Avenue NE
      Washington, DC 20002

47.   Det. Billy McDermott, Brookline P.D. (Ret.)
      350 Washington Street
      Brookline, MA 02445

48.   Paul McGonagle, Jr.
      Washington, D.C.

49.   Howard Messier, D.M.D.
      East Weymouth, MA

50.   Gordon McIntyre
      Bridgewater, MA

51.   Laura Mello
      Winthrop, MA

52.   Donald Milano
      Winthrop, MA

53.   Anne Marie Mires, Ph.D.
      Paxton, MA

54.   Special Agent Jerry Montanari, FBI
      FBI Boston
      One Center Plaza – Suite 600
      Boston, MA 02108

55.   Paul Moore
      Relocated witness

56.   Special Agent John Morris, FBI (Ret.)
      FBI Boston
      One Center Plaza – Suite 600
      Boston, MA 02108

57.   Richard O'Brien
      West Palm Beach, FL

58. Brian O'Hara, MSP
    470 Worcester Road
    Framingham, MA 01702

59. Kevin O'Neil
    Quincy, MA

60. FBI Special Agent Pat Patterson (Ret.)
    FBI San Antonio
    5740 University Heights Blvd.
    San Antonio, TX 78249

61. Celso Perez
    Miami, FL

62. Gina Pineda
    New Orleans, LA

63. James Plummer
    Haverhill, MA

64. Steven Rakes
    Boston, MA

65. Charles Raso
    Lynnfield, MA

66. Claire Robischaud
    Boston, MA

67. Deborah Scully
    Boston, MA

68. William Shea
    Orlando, FL

69. Karen Cody Smith
    Springvail, ME

70. Erich Smith, FBI Laboratory
    Quantico, VA

71. Michael Solimando
    Quincy, MA

72. Barbara Sousa
    Braintree, MA

73. Billy St. Croix
    Relocated witness

74. Diane Sussman
    West Hills, CA

75. Joe Tower
    Port St. Lucie, FL

76. U.S. Trust, Keeper of Records
    Boston, MA 02148

77. Kevin Weeks
    Boston, MA

78. Constance Weston
    Boston, MA

79. Larry Wheeler
    Tulsa, OK

80. Pam Wheeler
    Jenks, OK

81. Barry Wong
    Brookline, MA

82. Joseph Yerardi
    Newton, MA

                              Respectfully submitted,

                              CARMEN M. ORTIZ
                              United States Attorney

                         By:  /s/ Zachary R. Hafer
                              Zachary R. Hafer
                              Brian T. Kelly
                              Fred M. Wyshak, Jr.
                              Assistant U.S. Attorneys

Dated:   May 23, 2013

**CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ Zachary R. Hafer*
                                          Zachary R. Hafer
                                          Assistant U.S. Attorney

May 23, 2013