UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA      )
                              )
        v.                    )      Criminal No. 99-10371-DJC
                              )
JAMES J. BULGER,              )
                              )
            Defendant.        )

<u>GOVERNMENT'S AMENDED PROPOSED WITNESS LIST</u>

The United States of America, by and through the undersigned Assistant U.S. Attorneys, hereby submits the amended list of names and addresses of the witnesses the government presently intends to call in its case-in-chief.  Should the government subsequently decide to call additional witnesses, it will promptly notify the Court and defense counsel.[1]

---

[1]   The government does not expect that it will need to call all of the potential witnesses on this list.  Because, however, some of the names on this list, even if ultimately not called as witnesses, will come up during the trial, the government is being over-inclusive in order to aid potential jurors in completing certain portions of the questionnaire.

1.   Tom Angeli
     North Reading, MA

2.   Joe Angeli
     Los Angeles, CA

3.   Anthony Attardo
     Boston, MA

4.   Elaine Barrett
     Quincy, MA

5.   David Barron, D.M.D.
     Quincy, MA

6.   Investigator Ken Brady
     Plymouth County Correctional Facility
     26 Long Pond Road
     Plymouth, MA 02360

7.   Richard Buccheri
     Quincy, MA

8.   William P. Cagney, III, Esq.
     Delray Beach, FL

9.   Patrick Callahan
     San Francisco, CA

10.  Frank Capizi
     Scottsdale, AZ

11.  Det. Jim Casey, Miami-Dade County (Ret.)
     Coral Gables, FL

12.  Brian Castucci
     Swampscott, MA

13.  Sandra Castucci
     Revere, MA

14.  John Cherry
     Boston, MA

15.  Citizens Bank, Keeper of Records
     Boston, MA

16.  Gerald Coakley
     Boston, MA

17.  Michael Coleman, MSP
     470 Worcester Road
     Framingham, MA 01702

18.  Kate Crowley, D.M.D.
     Office of the Chief Medical Examiner
     720 Albany Street
     Boston, MA 02118

19.  Stephen Davis
     Boston, MA

20.  Special Agent Donald DeFago, Customs (Ret.)
     Immigration and Customs Enforcement
     10 Causeway Street, Room 722
     Boston, MA 02222

21.  Ralph DiMasi
     Salisbury, MA

22.  Patricia Donahue
     Boston, MA

23.  Sergeant Detective William Doogan
     Boston Police Department
     650 Harrison Avenue
     Boston, MA 02118

24.  Forensic Scientist John Drugan, MSP
     470 Worcester Road
     Framingham, MA 01702

25.  Major Tom Duffy, MSP (Ret.)
     470 Worcester Road
     Framingham, MA 01702

26.  Richard Evans, M.D.
     Office of the Chief Medical Examiner
     720 Albany Street
     Boston, MA 02118

27.  Detective Lieutenant Robin Fabry, MSP
     470 Worcester Road
     Framingham, MA 01702

28.  Nancy Ferrier
     Andover, MA

29.  Stephen Flemmi
     Incarcerated

30.  Colonel Thomas J. Foley, MSP (Ret.)
     470 Worcester Road
     Framingham, MA 01702

31.  Robert Gallinaro
     Belmont, MA

32.  FBI Special Agent Scott Garriola
     11000 Wilshire Blvd., Suite 1700
     Los Angeles, CA 90024

33.  Barry Halloran
     470 Worcester Road
     Framingham, MA 01702

34.  William Haufler
     Boston, MA

35.  Special Agent Mike Hanigan, FBI (Ret.)
     FBI Boston
     One Center Plaza – Suite 600
     Boston, MA 02108

36.  Kevin Hayes
     Boston, MA

37.  Bruce Heimer, M.D.
     Miami-Dade County – Medical Examiner Department
     1851 NW 10th Avenue
     Miami, FL 33136

38.  James Katz
     Relocated Witness

39.  Margaret King
     Boston, MA

40. Special Agent Sandra Lemanski, IRS
    JFK Federal Building, Room E-400
    15 New Sudbury Street
    Boston, MA 02203

41. Brenna Leonard
    Boston, MA

42. Howard Levenson
    Relocated Witness

43. David Lindholm
    Greater Boston, MA

44. Det. Lieutenant Robert Long, MSP (Ret.)
    470 Worcester Road
    Framingham, MA 01702

45. Patti Lytle
    Boca Rotan, FL

46. OIG Special Agent James Marra
    Office of the Inspector General
    1 Courthouse Way
    Boston, MA 02210

47. John Martorano
    Greater Boston, MA

48. ATF Firearms Specialist Kenneth Mason
    ATF Headquarters
    99 New York Avenue NE
    Washington, DC 20002

49. Det. Billy McDermott, Brookline P.D. (Ret.)
    350 Washington Street
    Brookline, MA 02445

50. Paul McGonagle, Jr.
    Washington, D.C.

51. Howard Messier, D.M.D.
    East Weymouth, MA

52. Gordon McIntyre
    Bridgewater, MA

53.  Laura Mello
     Winthrop, MA

54.  Donald Milano
     Winthrop, MA

55.  Anne Marie Mires, Ph.D.
     Paxton, MA

56.  Special Agent Jerry Montanari, FBI
     FBI Boston
     One Center Plaza – Suite 600
     Boston, MA 02108

57.  Paul Moore
     Relocated witness

58.  Special Agent John Morris, FBI (Ret.)
     FBI Boston
     One Center Plaza – Suite 600
     Boston, MA 02108

59.  Richard O'Brien
     West Palm Beach, FL

60.  Brian O'Hara, MSP
     470 Worcester Road
     Framingham, MA 01702

61.  Kevin O'Neil
     Quincy, MA

62.  FBI Special Agent Pat Patterson (Ret.)
     FBI San Antonio
     5740 University Heights Blvd.
     San Antonio, TX 78249

63.  Celso Perez
     Miami, FL

64.  Gina Pineda
     New Orleans, LA

65.  James Plummer
     Haverhill, MA

66. Steven Rakes
    Boston, MA

67. Charles Raso
    Lynnfield, MA

68. Claire Robischaud
    Boston, MA

69. Deborah Scully
    Boston, MA

70. William Shea
    Orlando, FL

71. Karen Cody Smith
    Springvail, ME

72. Erich Smith, FBI Laboratory
    Quantico, VA

73. Michael Solimando
    Quincy, MA

74. Barbara Sousa
    Braintree, MA

75. Billy St. Croix
    Relocated witness

76. Diane Sussman
    West Hills, CA

77. Joe Tower
    Port St. Lucie, FL

78. U.S. Trust, Keeper of Records
    Boston, MA 02148

79. Kevin Weeks
    Boston, MA

80. Larry Wheeler
    Tulsa, OK

81.  Pam Wheeler
     Jenks, OK

82.  Barry Wong
     Brookline, MA

83.  Joseph Yerardi
     Newton, MA

                         Respectfully submitted,

                         CARMEN M. ORTIZ
                         United States Attorney

                    By:  /s/ Zachary R. Hafer
                         Zachary R. Hafer
                         Brian T. Kelly
                         Fred M. Wyshak, Jr.
                         Assistant U.S. Attorneys

Dated:   May 30, 2013


<u>**CERTIFICATE OF SERVICE**</u>

     I hereby certify that this document filed through the ECF
system will be sent electronically to the registered
participants as identified on the Notice of Electronic Filing
(NEF).


                         /s/ Zachary R. Hafer
                         Zachary R. Hafer
                         Assistant U.S. Attorney

May 30, 2013