```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ) | | |
| ) | | |
| V. ) | NO. | 99-CR-10371-DJC |
| ) | | |
| JAMES J. BULGER ) | | |

## DEFENDANT'S SUPPLEMENTAL WITNESS LIST

The defendant, James J. Bulger, submits this witness list pursuant to the Court's Order dated March 26, 2013. ECF Dkt. No. 851. The defendant reserves the right to supplement, modify or withdraw witnesses from this list.

1. Richard Bergeron
   Quincy, MA

2. Michelle Davis
   Stoughton, MA

3. Marion Hussey
   Weymouth, MA

4. Jean Tsukalas

James J. Bulger,
By His Attorneys

CARNEY & BASSIL

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Henry B. Brennan*
Henry B. Brennan
B.B.O. #634036

Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: May 31, 2013

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.