```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO.  99-CR-10371-DJC |
| | ) | |
| JAMES J. BULGER | ) | |
| | ) | |

### DEFENDANT'S AMENDED WITNESS LIST

The defendant, James J. Bulger, submits this witness list pursuant to the Court's Order dated March 26, 2013. ECF Dkt. No. 851. The defendant reserves the right to supplement, modify or withdraw witnesses from this list.

1. Michael Albano
   Medford, MA

2. Earl Anderson
   Roseau, MN

3. Jeannette Benedetti
   Walpole, MA

4. Richard Bergeron
   Quincy, MA

5. Sam Berkowitz
   Royal Palm Beach FL 33411

6. Brian Burke

7. Howard Carr
   Brighton, MA 02135

8. Jerry Campbell
   Boston, MA

9. Neal Cherkas
   Chelsea, MA

10. Jack Cloherty
    Winchester, MA 01890

11. Janice Connolly

12. James Crawford
    FBI Boston
    One Center Plaza – Suite 600
    Boston, MA 02108

13. Matthew Cronin (Ret.)
    FBI Boston
    One Center Plaza – Suite 600
    Boston, MA 02108

14. Tina Cronin (Watson)
    East Boston, MA

15. Gary Crossen
    Needham, MA 02492

16. Kevin Cullen
    Boston, MA

17. Kevin Curry
    Winchester, MA 01890

18. Thomas Daly
    Groton, MA

19. Michelle Davis
    Stoughton, MA

20. Jack DePalma
    Kingston, MA 02364

21. DEA Daniel Doherty
    Boston, MA 02203-040

22. Attorney Harry Philip Edwards
    Boston, MA 02108

23. Richard J. Egan
    Wakefield, MA 01880

24. Raymond Eganey
    FBI Boston
    One Center Plaza – Suite 600
    Boston, MA 02108

25. Jamie Flannery
    Wollaston, MA

26. Michael Flemmi
    Braintree, MA 02184

27. Robert Fitzpatrick
    Charlestown, RI 07813

28. Brian Foley

29. Thomas Foley
    Framingham, MA 01702

30. Erin Furey
    West Palm Beach, Fl

31. Brian Garceau

32. John Glover

33. James Greenleaf
    The Villages, FL 32162

34. Michael Harkins
    FBI Boston
    One Center Plaza – Suite 600
    Boston, MA 02108

35. Mike Huff
    Tulsa, OK

36. Marion Hussey
    Weymouth, MA

37.  Stephen Hussey
     Milton, MA

38.  Jeffrey Jenkins

39.  John Jennings

40.  Steve Johnson
     Framingham, MA

41.  Phyllis Karas
     Marblehead, MA 01945

42.  Keeper of Records – Massachusetts State Police
     Randolph, MA

43.  Keeper of Records – Department of Justice

44.  Eugene Kelley
     Milton, MA

45.  Rod Kennedy
     Quincy, MA

46.  Graham King
     Quincy, MA 02169

47.  James Lavin
     Weymouth, MA

48.  Dick Leher
     Belmont, MA 02478

49.  Kathleen Lindholm
     Natick, MA

50.  Brad Luongo
     Hollywood, FL

51.  Jody Luongo
     South Boston, MA

52.  Robert Mahar

53.  David Margolis
     Washington DC

54.  James Martorano
     Quincy, MA

55.  Domenic Masella
     Bedford, NH

56.  Sean McWeeney
     Reston, VA 20191

57.  Stanley Moody
     Parkton, MD

58.  Rebecca Morris
     Lexington, MA 02421

59.  Robert Mueller
     c/o FBI Headquarters
     935 Pennsylvania Avenue, NW
     Washington, D.C. 20535-0001

60.  William Mullen
     Dedham, MA

61.  Shelly Murphy
     Boston, MA

62.  Patrick Nee
     Boston, MA

63.  Gerard O'Neill
     West Roxbury, MA

64.  Nunzio Orlando
     Georgetown, MA

65.  John Pappalardo
     Hingham, MA

66.  John Pansewicz

67. Richard Pelton

68. Edward Quinn (Ret.)
    FBI Boston
    One Center Plaza – Suite 600
    Boston, MA 02108

69. Mary Rakes (O'Malley)
    Walpole, MA

70. Julie Rakes
    Gansevoort, NY 12831

71. Patricia Rakes
    Walpole, MA

72. Attorney Daniel Rull
    South Boston, MA

73. Bob Ryan
    1 Schroeder Plaza
    Boston, MA

74. Freddy Saro

75. E.J. Sharp

76. Desi Sideropolous
    West Roxbury, MA

77. Karen Snow
    Bridgewater, MA

78. Paul Snow
    Quincy, MA

79. Hon. Richard Stearns
    c/o John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 2300
    Boston, Massachusetts 02210

80. Jean Tsukalas

    81.   Mary Watson (Harris)

    82.   William Weld
           Boston, MA 02111

                                              James J. Bulger,
                                              By His Attorneys

                                              CARNEY & BASSIL

                                              */s/ J. W. Carney, Jr.*
                                              J. W. Carney, Jr.
                                              B.B.O. # 074760

                                              */s/ Henry B. Brennan*
                                              Henry B. Brennan
                                              B.B.O. #634036

                                              Carney & Bassil
                                              20 Park Plaza, Suite 1405
                                              Boston, MA 02116
                                              617-338-5566
Dated: May 31, 2013


                                  <u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                              */s/ J. W. Carney, Jr.*
                                              J. W. Carney, Jr.