UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 99-10371-DJC |
| | ) | |
| JAMES J. BULGER | ) | |
| | ) | |

**DEFENDANT'S MOTION FOR ADVANCE NOTICE
OF GOVERNMENT WITNESS TESTIMONY AND EXHIBITS**

The defendant, James J. Bulger, moves that this Court order the government to provide the defense two business days advance notice of the witnesses they intend to call and the exhibits they intend to introduce through each witness. As grounds therefore, the defendant states the following:

1. The indictment alleges a racketeering conspiracy that includes alleged extortion, loan-sharking, trafficking in narcotics, and committing crimes of violence, including nineteen murders from 1973 to 1985.

2. The defendant's trial will commence on June 10, 2013. The defense expects that trial will last several months.

3. The government intends to call 83 witnesses during their case-in-chief. ECF dkt. No. 953.

4. The defense requests two business days' notification of the identities of witnesses expected to testify and the exhibits the government intends to introduce per witness.

Without such notification, the defense will have to prepare for each of the government's witnesses every single day, which will waste resources, time, and inevitably cause delays in trial.

5. With the exception of one instance, counsel for the defendant has requested and received this notification every single time from an opposing party. In the lone instance where the opposing party refused to accommodate the request, the Court enforced the notification of witnesses.

6. The defense will reciprocate the notification during their case-in-chief.

7. The defense has conferred with the U.S. Attorney's Office and their position is that they do not believe they should be ordered to do so.

WHEREFORE, the defendant moves that this Court order the government to provide the defense two business days advance notice of the witnesses they intend to call and the exhibits they intend to introduce through each witness.

JAMES J. BULGER
By His Attorneys,

CARNEY & BASSIL

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Henry B. Brennan*
Henry B. Brennan
B.B.O. # 634036


Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566


Dated: June 3, 2013


## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | Crim. No. 99-10371-DJC |
| | ) | |
| JAMES J. BULGER | ) | |
| | ) | |

**AFFIDAVIT SUPPORTING
DEFENDANT'S MOTION FOR ADVANCE NOTICE
OF GOVERNMENT WITNESS TESTIMONY AND EXHIBITS**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

Dated: June 3, 2013