UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| _____ | ) | |
| UNITED STATES OF AMERICA | ) | |
|  | ) | |
| v. | ) | Crim. No. 99-10371-DJC |
|  | ) | |
| JAMES J. BULGER | ) | |
| _____) | | |

GOVERNMENT'S SUPPLEMENTAL OPPOSITION TO DEFENDANT'S MOTION
TO SEQUESTER MEMBERS OF PRESS AND GOVERNMENT CASE AGENTS

The defendant has made an additional filing this morning in an effort to sequester people that he claims to be calling as witnesses at trial. See ECF Dkt. No. 970.  Without specifying any anticipated material inconsistencies, he simply speculates that their trial testimony will need to be impeached.  This unsubstantiated, nonspecific speculation is not a basis to bar these people from attending trial.  See, United States v. Cruz-Rodriguez, 541 F.3d 19, 29-30 (1st Cir. 2008)(testimony of agents was inadmissible because where a party is seeking to impeach by prior inconsistent statement or by contradiction, the collateral matter rule remains applicable in that a party may not present extrinsic evidence to impeach a witness by contradiction on collateral matter.); United States v. Lipscomb, 539 F.3d  32, 39 (1st Cir. 2008)(Proffered testimony of three witnesses, with regard to the license plate on the car the defendant was driving

1

on day of his arrest, offered for purpose of impeaching detectives' testimony, was properly excluded as not material to defendant's guilt or innocence; testimony regarding the license plate was a collateral issue.)

                                               Respectfully submitted,

                                               CARMEN M. ORTIZ
                                               United States Attorney

Dated: June 5, 2013     By:       */s/ Brian T. Kelly*
                                               BRIAN T. KELLY
                                               FRED M. WYSHAK, JR.
                                               ZACHARY R. HAFER
                                               Assistant U.S. Attorneys

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of Electronic Filing.

                                               */s/ Brian T. Kelly*
                                               BRIAN T. KELLY
                                               Assistant U.S. Attorney

Dated: June 5, 2013