UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 99-10371-DJC |
| ) | |
| JAMES J. BULGER ) | |

**DEFENDANT'S MOTION TO DIRECT THE GOVERNMENT TO REPRODUCE EXHIBITS 355-357 AND LABEL WITH BATES STAMPS AS REFLECTED IN THE DISCOVERY**

The defendant, James J. Bulger, moves that the Court order the government to reproduce exhibits 356-357 as a complete version of the defendant's alleged informant file as reflected in the discovery, BS# 00285689-00286414, and exhibit 355 in its entirety with its original Bates numbers. As grounds for this motion, the defendant states the following:

The government intends to introduce the defendant's so-called informant file (exhibits 355-357). Exhibit 356 is labeled on the government's exhibit list as "James Bulger Informant File FBI 209 Inserts 1 through 150." This exhibit, as produced on May 23, 2013, was 390 pages and consisted of the substantive portion of the file.[1] On June 11, 2013, the government indicated that they had acquired a "better copy" of exhibit 356. Curiously, the

---

[1] The substantive portion of an informant file contains FBI 209 reports, otherwise known as "inserts." These documents contain the information that the informant has allegedly provided to their FBI handler.

1

government chose to remove 46 pages from the exhibit without providing an explanation.

Exhibit 357 is labeled on the government's exhibit list as "James Bulger Informant File FBI 209 Inserts 151 through 307." This exhibit, as produced on May 23, 2013, was 341 pages in length and also contained inserts. On June 11, 2013, the government produced what they claimed to be a "better copy" of exhibit 357. In fact, the new exhibit 357 is entirely different. It consists of correspondence and record-keeping documents that would normally be found in an administrative portion of an informant file. There are no inserts contained in this exhibit, as there had been in the May 23 version of exhibit 357.

Combining exhibits 356 and 357 as they were on May 23, 2013, the length of the substantive portion of the file came to 731 pages. When taking the exhibit changes of June 11, 2013 into account, the length of the substantive portion is now only 344 pages, less than half the length of the file from the initial exhibit production.[2]

Further complicating the issue, the government has produced exhibits 355-357 without their unique Bates numbers. The government should reproduce exhibits 356-357 directly from the

---

[2] Exhibit 355, which is labeled as "James Bulger FBI Informant File Main File Portions" can more accurately be described as an administrative portion of an FBI informant file. This exhibit has remained unchanged by the government.

discovery as found at BS# 00285689-00286414[3] and exhibit 355 in

its entirety with its original Bates numbers.[4] Prior to the May

23 production of exhibits, the defense had several conversations

with the government regarding numbering the exhibits, and the

defense's understanding was that the government would keep the

Bates numbers on the face of all exhibits.

The lack of Bates numbers on exhibits 355-357 seriously

hinders the defense's ability to prepare for the introduction of

the exhibit. Moreover, the lack of a unique number on every page

makes the task of identifying documents in a timely manner

during proceedings impossible.[5] If the government chooses to

display one page out of the hundreds contained within the file,

the defense will not be able to locate that precise page without

flipping through the entire file. The defense cannot possibly

put forth an adequate defense when they are not able to locate a

document that the government is referencing.

---

[3] The government's exhibit list identifies BS# 00002781-00003510 for exhibits 356 and 357. When the government produced this series of Bates numbers through discovery, the file numbers had been redacted on almost every page of the file. The government later provided the defense with an unredacted version of the same file at BS# 00285689-00286414. The defense proceeded to prepare for trial with the use of this copy and these Bates numbers, as this was the most complete version that the government had provided.
[4] The government has identified BS# 0003740-00003977 for exhibit 355, a series of Bates numbers that are largely redacted as found in the discovery. The range amounts to 237 pages, while the exhibit itself is only 181.
[5] On March 19, 2012, during a status conference with the parties, Judge Bowler allowed a motion by the defendant, stating that the defense was "absolutely entitled to have [the discovery] numbered in a systematic way so that [the parties] are both on the same page quickly and easily, and not struggling 'this is our number, this is your number'." Transcript of 3/19/2012 Status Hearing at 6.

WHEREFORE, the defendant moves that this Court order the government to reproduce exhibits 355-357 so as to reflect the entirety of both the substantive informant file and the accompanying administrative file. The defense additionally moves that these exhibits be stamped in a manner that is consistent with the full unredacted version of the file that had been provided previously by the government.

> JAMES J. BULGER
> By His Attorneys,
>
> CARNEY & BASSIL
>
> *J. W. Carney, Jr.*
> J. W. Carney, Jr.
> B.B.O. # 074760
>
> *Henry B. Brennan*
> Henry B. Brennan
> B.B.O. # 634036
>
> Carney & Bassil
> 20 Park Plaza, Suite 1405
> Boston, MA 02116
> 617-338-5566

Dated: June 20, 2013

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

> *J. W. Carney, Jr.*
> J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                          |   |                          |
|--------------------------|---|--------------------------|
| UNITED STATES OF AMERICA | ) |                          |
|                          | ) |                          |
| V.                       | ) | Crim. No. 99-10371-DJC   |
|                          | ) |                          |
| JAMES J. BULGER          | ) |                          |
|                          | ) |                          |

**AFFIDAVIT SUPPORTING
DEFENDANT'S MOTION TO DIRECT THE GOVERNMENT TO REPRODUCE
EXHIBITS 355-357 AND LABEL WITH BATES STAMPS AS REFLECTED IN THE
DISCOVERY**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

Dated: June 20, 2013

5