```
                                                JUN 0 3 2009    1017

 1                                      IN THE CIRCUIT COURT OF THE
                                        ELEVENTH JUDICIAL CIRCUIT IN
     AG# - L09-1-4069 -                 AND FOR DADE COUNTY, FLORIDA
     John Connolly v. State of Florida
     3rd DCA State - Crt #3D09-280      CRIMINAL DIVISION
     Lunar Alvey
                                        CASE NO.  01-8287D

 5
        STATE OF FLORIDA,
 6
                  Plaintiff,
 7
        vs.
 8
        JOHN JOSEPH CONNOLLY, JR.,
 9
                  Defendant.
10      _____/

11

12                  TRANSCRIPT OF PROCEEDINGS

13                      VOLUME I OF II

14

15          The above-styled cause came on for hearing before the

16     Honorable STANFORD BLAKE, Judge of the above-styled court at

17     the Richard E. Gerstein Building, 1351 Northwest 12th Street,

18     Miami, Florida, on the 15th day of September, 2008, at or

19     about 9:30 a.m.

20                              - - - -

21
                                            RECEIVED
22
                                             SEP 1 8 2009
23
                                          ATTORNEY GENERAL
24                                           MIAMI OFFICE

25
```

GOLDMAN, NACCARATO, PATTERSON & VELA    MIAMI, FL    (305) 545-8434

Bulger-00001016
FLTRANSCRIPTS00001016

```
 1   APPEARANCES:

 2           KATHERINE FERNANDEZ-RUNDLE,
             State Attorney,
 3       By: MICHAEL VON ZAMFT, ESQ.,
             Assistant State Attorney,
 4           FRED M. WYSHAK, JR., ESQ., and
             Assistant United States Attorney,
 5           JAMES J. MARRA,
             Senior Special Agent,
 6           On behalf of the Plaintiff.

 7
             MANUEL CASABIELLE, ESQ., and
 8           BRUCE FLEISHER, ESQ., and
             JAMES McDONALD, ESQ.,
 9           On behalf of the Defendant.
```

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| JAMES MARRA | 1139 | -- | -- | -- |

EXHIBITS

| EXHIBIT | MARKED FOR IDENTIFICATION | IN EVIDENCE |
|---|---|---|
| STATE 7 | -- | 1148 |
| STATE 8 | -- | 1149 |
| STATE 9 | -- | 1152 |
| STATE 10 | -- | 1153 |
| STATE 11 | -- | 1157 |
| STATE 12 | -- | 1164 |
| STATE 13 | -- | 1178 |
| STATE 14 | -- | 1183 |
| STATE 15 | -- | 1185 |
| STATE 16 | -- | 1187 |
| STATE 17 | -- | 1188 |
| STATE 18 | -- | 1195 |

1   was to recruit this man, James Bulger, a vicious criminal,
2   to be an FBI informant, and, as a result of that, he began
3   to associate with James Bulger, and this was the perfect
4   solution for the defendant, John Connolly. James Bulger
5   was his informant, William Bulger his close friend.
6       At the time the FBI's principle focus was to
7   dismantle the Mafia. James Bulger was not in the Mafia.
8   In order to be in the Mafia, you will hear, that you have
9   to be Italian or of Italian descent.
10      James Bulger was in an organized crime group that was
11  known in Boston by various names, the Irish Mafia, the
12  Winter Hill Gang, but it wasn't all Irish. It was sort of
13  an equal opportunity employer. You will see that the
14  Winter Hill Gang had Italians in it, it has Irishmen in
15  it, it has Jewish people in it. It didn't matter, as long
16  as you were a criminal and you were trusted, you could
17  become part of the Winter Hill Gang.
18      Now, in order to support his decision to recruit
19  James Bulger as an FBI informant, the defendant
20  represented to his supervisors in the FBI that James
21  Bulger, or Jim Bulger, could help them in this war on the
22  mafia, or you may hear some witnesses call it La Cosa
23  Nostra.
24      The problem was Jim Bulger really couldn't help that
25  much. He was an Irish guy from Southie, really didn't

1    hang around in the north end with the Italian Mafia,
2    principally hung around, but we'll get back to that a
3    little later.
4        But what you will see in this case, because I told
5    you when Mr. Connolly, the defendant, was corrupt, it just
6    wasn't about money. Yeah, sure, there was plenty of
7    money, and you will hear about that, but it was more about
8    what his relationship with Billy Bulger and James Bulger
9    did for his career, because you will hear testimony that
10   when -- excuse me -- new FBI agents came to Boston,
11   especially supervisors, the bosses, they get sort of
12   rotated around the country as they move up in the
13   hierarchy of the FBI, that the defendant, John Connolly,
14   was able to walk them up to the Capitol, the State House
15   in Boston, and get them a personal audience with Billy
16   Bulger.
17       At the same time Mr. Connolly sort of became the
18   informant guru in the FBI because he was handling James
19   Bulger and other high level informants. So this
20   relationship enhanced his career, but it also kept him
21   close to the Bulgers, the most powerful politician in
22   Boston, the most powerful criminal in Boston. He was from
23   the town Southie and his relationship with the Bulgers
24   helped him.
25       However, as you will hear in this case, his methods

1   So they say, "Sure, go meet this guy, John Connolly."
2   John Connolly comes back to the group after -- I'm
3   sorry, Jim Bulger comes back to the group after he meets
4   with John Connolly and he says, "I think we can do
5   something here. This guy is going to help us."
6   So the group has knowledge that Jim Bulger has an
7   association, a relationship with the defendant, John
8   Connolly, just like you will hear some of them had
9   relationships with other police officers, and not the good
10  kind.
11  Jim Bulger then goes to Stephen Flemmi, and Stephen
12  Flemmi is going to appear here and testify, and he will
13  tell you that Jim Bulger said to him, "You know, Connolly
14  is asking me for information about the Mafia, and, you
15  know, can you help me out?"
16  And you will hear Flemmi testify that wheels are
17  starting to turn now in Flemmi's head. He's saying,
18  "Jeez, did John Connolly tell Jim Bulger about me and Paul
19  Rico back in the 60's," and Stephen Flemmi feels like he's
20  got no choice, so he starts providing information to
21  Bulger about the Mafia, and this is about in 1974, '75
22  era.
23  By 1976 Jim Bulger and Stephen Flemmi are meeting
24  with the defendant, John Connolly, on a routine basis, and
25  it's Stephen Flemmi who really has got the information

1   that the defendant needs, but you will see that for years,
2   until about September of 1980, all the documentation at
3   the FBI and all the information regarding the mafia or La
4   Cosa Nostra, is documented under Jim Bulger's name. Now,
5       Flemmi will also testify about how that relationship
6   evolved, and he will tell you by the time that Roger
7   Wheeler is murdered and Brian Halloran is murdered and
8   John Callahan is murdered, the defendant, John Connolly,
9   he's just another member of the gang.
10      He's no different from any of their other criminal
11  associates. They pay him money. He gives them
12  information. They hang out with him. They socialize.
13  You will hear testimony that the defendant even went on
14  vacations with Jim Bulger, and Flemmi will tell you that
15  he personally can account for about $250,000 that was paid
16  to the defendant over the years. If they made a big
17  score, the defendant got a cut.
18      Now, there is no doubt that some of the information
19  that the defendant got from Jim Bulger, Stephen Flemmi,
20  was used by the FBI in its war on organized crime, in its
21  war on the mafia, and I'm sure you will hear testimony and
22  evidence, because there will be numerous FBI agents who
23  testify at this trial, that the mafia in Boston was
24  prosecuted over and over again, and that part of those
25  prosecutions resulted from information that was provided