00264913

933

MAY 2 0 2009

AG# - L09-1-4069 -
John Connolly v. State of Florida
3rd DCA State - Crt #3D09-280
Lunar Alvey

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT IN
AND FOR DADE COUNTY, FLORIDA

CRIMINAL DIVISION

CASE NO. 01-8287D

STATE OF FLORIDA,

   Plaintiff,

vs.

JOHN JOSEPH CONNOLLY, JR.,

   Defendant.
_____/

**TRANSCRIPT OF PROCEEDINGS**

**VOLUME I OF I**

The above-styled cause came on for hearing before the Honorable STANFORD BLAKE, Judge of the above-styled court at the Richard E. Gerstein Building, 1351 Northwest 12th Street, Miami, Florida, on the 12th day of September, 2008, at or about 9:30 a.m.

- - - -

RECEIVED
SEP 18 2009
ATTORNEY GENERAL
MIAMI OFFICE

DOCKETED
SEP 18 2009
ATTORNEY GENERAL

GOLDMAN, NACCARATO, PATTERSON & VELA   MIAMI, FL   (305) 545-8434

Bulger-0000933
FLTRANSCRIPTS00000933

1   APPEARANCES:

2       KATHERINE FERNANDEZ-RUNDLE,
        State Attorney,
3       By:  MICHAEL VON ZAMFT, ESQ.,
        Assistant State Attorney,
4       FRED M. WYSHAK, JR., ESQ., and
        Assistant United States Attorney,
5       JAMES J. MARRA,
        Senior Special Agent,
6       On behalf of the Plaintiff.

7
        MANUEL CASABIELLE, ESQ., and
8       BRUCE FLEISHER, ESQ., and
        JAMES McDONALD, ESQ.,
9       On behalf of the Defendant.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  granted by the judge, both judges, or denied by both
2  judges.
3      THE COURT: Well, if they have been denied, you are
4  not going into them.
5      MR. VON ZAMFT: I'm just saying everything I am aware
6  of I have brought before the Court.
7      THE COURT: Motion is granted everything we have
8  ruled on. If it isn't, I'm sure you will be jumping up
9  and down and come side-bar.
10     MR. CASABIELLE: So that means we will be governed by
11 the agreed order made by Judge Areces.
12     MR. VON ZAMFT: Plus what Judge Blake ordered on.
13     MR. CASABIELLE: Touche.
14     THE COURT: Right, because I heard that because you
15 could not agree on this ruling made by Judge Areces.
16     Tell us what you are thinking, Mr. Casabielle. I see
17 something is going on, without divulging any strategy. If
18 you don't want to, fine, but I somehow read there's a
19 little tick, tick, tick, tick.
20     MR. CASABIELLE: I addressed it during voir dire and
21 one of the jurors said, "Well, his character," and what I
22 believe the Government is going to try and do, to a large
23 extent, is talk about, for example, he wrote a two 209
24 that is misleading and false. That is a federal crime.
25     MR. VON ZAMFT: That's not where we're going with

1     those.

2     MR. CASABIELLE: Well, they are going to talk about

3     them.

4     MR. VON ZAMFT: Not as a federal crime.

5     THE COURT: If it's not brought out that's a federal

6     crime, if it's not mentioned that it's a crime at all, I

7     don't think the jurors are going to say, "Wow, a fake 209

8     U.S. Code 28," you know.

9     MR. CASABIELLE: That may be nitpicking, but I don't

10     believe my client is entitled to have evidence of other

11     bad acts or crimes admitted into his trial, and he is on

12     trial for the murder of Mr. Callahan, not any of these

13     other things.

14     THE COURT: I understand.

15     MR. WYSHAK: Part of the evidence in the case, we

16     think Mr. Casabielle is familiar with the fact that the

17     Government has alleged and will be alleging that

18     Mr. Connolly created false reports during his operation of

19     these informants to mislead other investigators away from

20     their criminal activity and to falsely justify their

21     continuation as FBI informants.

22     We are going to ellicit the evidence those reports

23     are false and contain false information. We are not going

24     to, as the Court has said, identify them as separate

25     criminal acts.

1   THE COURT: I think that's so intertwined you can't
2   do one without the other. I heard some of the motions.
3   It will not be identified as being any crime. It's what
4   the State's theory is as to why Mr. Connolly is guilty.
5   While I understand that technically that could be a
6   crime and it could have been charged federally with
7   writing false reports, and I never have a problem with you
8   trying to pick nits, but I don't think that that will be
9   excluded. Because they have said that he has written a
10  false report, I don't think that goes into character. I
11  think that goes into whether or not the jury thinks he's a
12  good guy or bad guy or guilty or not guilty.
13  MR. CASABIELLE: Your Honor, we can't tell the jury
14  Mr. Connolly is in violation of what it is, Federal 18,
15  what is it, 1001?
16  THE COURT: They are not going to say that.
17  MR. CASABIELLE: No. When they say, for example, he
18  is guilty of murder, say he's in violation of section,
19  whatever it is, and all we do is talk about the murder.
20  THE COURT: Do you want me to give them a curative
21  instruction, "Ladies and gentlemen, if you hear he did
22  false reports and it would be a violation of U.S. Code,
23  and you are not to consider that in way"?
24  MR. CASABIELLE: Not necessarily it's a violation of
25  U.S. Code, but the Court might want to instruct them, "You