UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO.  99-CR-10371-DJC |
| | ) | |
| JAMES J. BULGER | ) | |

### DEFENDANT'S MEMORANDUM REGARDING THE ADMISSIBILITY OF PRIOR CONSISTENT STATEMENTS

The defendant, James J. Bulger, files this memorandum regarding the admission of prior consistent statements under Rule 801(d)(1)(B) of the Federal Rules of Evidence.

Prior consistent statements are non-hearsay and may be admitted into evidence when: (1) the declarant testifies at trial and is subject to cross-examination; (2) the challenged statements and trial testimony are consistent; and (3) the challenged statements are offered to rebut a charge that the declarant recently fabricated his story, or that the declarant became subject to some improper influence or motive to testify falsely after making the statements. United States v. Awon, 135 F.3d 96, 99-100 (1st Cir. 1998). The prior consistent statement is admissible under Rule 801(d)(1)(B) "to rebut a charge of recent fabrication or improper influence or motive only when those statements were made before the charged recent fabrication or improper influence or motive." Tome v. United States, 513

1

U.S. 150, 167 (1995). "[T]he applicable principle is that the prior consistent statement has no relevancy to refute the charge unless the consistent statement was made before the source of the bias, interest, influence or incapacity originated." Id. at 156 (citing E. Cleary, McCormick on Evidence § 49, p. 105 (2d ed. 1972)).

"Generally speaking, a charge of improper motive or recent fabrication need not be expressly made or buttressed by concrete evidence." United States v. Lozada-Rivera, 177 F.3d 98, 104 (1st Cir. 1999). But the proponent of evidence must point to specific questions during his adversary's examination that suggest recent fabrication or bias. Id. Merely challenging the credibility of a witness, such as with prior inconsistent statements, is insufficient. Id.

> James J. Bulger,
> By His Attorneys
>
> CARNEY & BASSIL
>
> *J. W. Carney, Jr.*
> J. W. Carney, Jr.
> B.B.O. # 074760
>
> *Henry B. Brennan*
> Henry B. Brennan
> B.B.O. #634036
>
> Carney & Bassil
> 20 Park Plaza, Suite 1405
> Boston, MA 02116
> 617-338-5566

Dated: June 23, 2013

2

<u>Certificate of Service</u>

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ J. W. Carney, Jr.*
J. W. Carney, Jr.