UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 99-10371-DJC |
| ) | |
| JAMES J. BULGER ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE RESPONSE TO GOVERNMENT'S OPPOSITION TO MOTION TO SET ASIDE LOCAL RULE 83.2A**

The defendant, James J. Bulger, submits this motion for leave to file a response to the government's opposition to his motion to set aside Local Rule 83.2A. As grounds therefore, the defendant states he seeks only to highlight a prior instance where a similar issue arose in Massachusetts Superior Court and was ruled upon by a well-respected justice of the Supreme Judicial Court.[1]

JAMES J. BULGER

By His Attorneys,

CARNEY & BASSIL

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Henry B. Brennan*

Dated: June 23, 2013

Henry B. Brennan
B.B.O. # 634036

---

[1] J.W. Carney, Jr. and Janice Bassil v. A Justice of the Superior Court, No. SJ-96-0096 (Mass. March 1, 1996).

1

```
                                    Carney & Bassil
                                    20 Park Plaza, Suite 1405
                                    Boston, MA 02116
                                    617-338-5566
```

<u>Certificate of Service</u>

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ J. W. Carney, Jr.*
J. W. Carney, Jr.