UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                               )
UNITED STATES OF AMERICA       )
                               )
V.                             )        NO.  99-CR-10371-DJC
                               )
JAMES J. BULGER                )
                               )
```

## DEFENDANT'S RESPONSE TO GOVERNMENT'S OPPOSITION TO MOTION TO SET ASIDE LOCAL RULE 83.2A

The defendant files this response to the government's recent pleading (ECF Dkt. 1052) in which it opposed the defendant's motion to set aside Local Rule 83.2A (ECF Dkt. 1051).

Commonwealth v. John Salvi[1] involved a highly-publicized murder trial relating to a fatal shooting at an abortion clinic. The case provoked an enormous level of publicity from groups for and against abortion. Both sides were vilifying the defendant publicly. In this charged environment, a Superior Court judge imposed a gag order on the attorneys that was less stringent than that imposed by Local Rule 83.2A. The defense filed an interlocutory appeal under M.G.L.c. 211, s. 3. A single justice of the Massachusetts Supreme Judicial Court subsequently amended the gag order to permit certain extrajudicial statements of the

---

[1] Case No. 99518-99524 (Norfolk Superior Court 1996).

attorneys.[2] The justice employed legal reasoning strikingly similar that set forth in the defendant's motion to set aside Local Rule 83.2A. A copy of the single justice opinion is attached hereto as Exhibit "A". Although this Court is not bound by the single justice opinion, the defendant believes that the Court will benefit from the reasoning contained in the opinion and the esteem in which the author of the opinion has been held.

James J. Bulger,
By His Attorneys

CARNEY & BASSIL

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Henry B. Brennan*
Henry B. Brennan
B.B.O. #634036

Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: June 23, 2013

---

[2] J.W. Carney, Jr. and Janice Bassil v. A Justice of the Superior Court, No. SJ-96-0096 (Mass. March 1, 1996).

<u>Certificate of Service</u>

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*

J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                          |   |                        |
|--------------------------|---|------------------------|
|                          | ) |                        |
| UNITED STATES OF AMERICA | ) |                        |
|                          | ) |                        |
| V.                       | ) | Crim. No. 99-10371-DJC |
|                          | ) |                        |
| JAMES J. BULGER          | ) |                        |
|                          | ) |                        |

**AFFIDAVIT SUPPORTING DEFENDANT'S MOTION TO SET ASIDE LOCAL RULE 83.2A**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

Dated: June 23, 2013