UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 99-10371-DJC |
| | ) | |
| JAMES J. BULGER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## GOVERNMENT'S NOTICE REGARDING ITS INTENTION TO ELICIT STATEMENTS MADE BY JOHN CALLAHAN PURSUANT TO FED. R. EVID. 804(b)(6)

The Court has previously ruled that, pursuant to Fed. R. Evid. 804(b)(6), the government can elicit, through the person to whom the statements were made, statements made by Richard Castucci, Brian Halloran, and John McIntyre before their deaths. *See* ECF Dkt. No. 981. By this memorandum, the government hereby provides notice of its intention to elicit statements made by John Callahan to government witness Michael Solimando before Callahan's murder. The Callahan statements that the government intends to elicit relate to, among other things: (a) Callahan's and Solimando's friendship and business relationship; (b) Callahan's relationship with Brian Halloran and Halloran's murder and funeral; (c) Callahan's relationship with Bulger and Stephen Flemmi; (d) Roger Wheeler's murder; and (e) Callahan's trip to Florida just prior to his murder. These statements are contained in Solimando's prior grand jury and trial testimony, and have been produced to defendant.

1

Because the government has introduced (and will continue to introduce) evidence of Bulger's involvement in Callahan's murder, Callahan's statements to Solimando are admissible under Fed. R. Evid. 804(b)(6) and *United States v. Houlihan*, 92 F.3d 1271, 1283 (1st Cir. 1996) ("[C]ourts will not suffer a party to profit by his own wrongdoing. Thus, a defendant who wrongfully procures a witness's absence for the purpose of denying the government that witness's testimony waives his right under the Confrontation Clause to object to the admission of the absent witness's hearsay statements.").

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Dated: June 24, 2013          By:  */s/ Zachary R. Hafer*_____
                                   ZACHARY R. HAFER
                                   BRIAN T. KELLY
                                   FRED M. WYSHAK, JR.
                                   Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on June 24, 2013.

*/s/ Zachary R. Hafer*____
ZACHARY R. HAFER
Assistant U.S. Attorney