```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

|                           |   |                          |
|---------------------------|---|--------------------------|
| UNITED STATES OF AMERICA  | ) |                          |
| V.                        | ) | Crim. No. 99-10371-DJC   |
| JAMES J. BULGER           | ) |                          |

**DEFENDANT'S MOTION REGARDING AUTHENTICATION OF DOCUMENTS**

The defendant, James J. Bulger, moves that the Court direct the prosecution to provide the provenance of the documents in discovery that have been marked for identification during the testimony of James Marra, a Special Agent of the Office of the Inspector General. The government should be ordered to produce the source of each document, i.e., where it was located before being given to the prosecution.

Alternatively, the defendant moves that the government stipulate to the authenticity of the documents they have provided in discovery.

Alternatively, the defendant moves that the Court issue a subpoena to the Keeper of Records of the U.S. Attorney's Office so that the Keeper may be called as a witness to provide this information orally.

                    James J. Bulger,
                    By His Attorneys

                    CARNEY & BASSIL

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Henry B. Brennan*
Henry B. Brennan
B.B.O. #634036

Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: June 26, 2013

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.