UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 99-10371-DJC |
| ) | |
| JAMES J. BULGER ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL EXHIBIT RELATIVE TO MOTION TO SET ASIDE LOCAL RULE 83.2A**

The defendant, James J. Bulger, submits this motion for leave to file an additional exhibit relative to his motion to set aside Local Rule 83.2A. (ECF Dkt. 1051). The defendant seeks to attach to his motion a copy of the order entered by the Superior Court in Commonwealth v. Salvi that was later vacated by a single justice of the Supreme Judicial Court. The defendant has attached a copy of that order to this motion.

JAMES J. BULGER

By His Attorneys,

CARNEY & BASSIL

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Henry B. Brennan*
Dated: June 26, 2013       Henry B. Brennan
B.B.O. # 634036

1

Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Certificate of Service

 I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.