UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 99-CR-10371-DJC |
| | ) | |
| JAMES J. BULGER | ) | |

**DEFENDANT'S MOTION TO ADMIT TRANSCRIPTS AND REPORTS PERTAINING TO WIRETAP INVESTIGATIONS**

The defendant, James J. Bulger, moves to admit transcripts and other reports detailing information obtained by the F.B.I. during wiretap investigations at 98 Prince Street and 51 North Margin Street. These documents are admissible to show that there were alternative sources for the information falsely attributed to Bulger in the so-called informant file created by John Connolly. The proffered documents are submitted under seal as Exhibits 1-4.

**Argument**

The government has introduced the "informant file" in an effort to show that James Bulger was an F.B.I. informant. The defendant has introduced evidence to show that the file was fabricated by John Connolly. The government acknowledges that Connolly falsified reports but nonetheless offers his file as evidence against Bulger. The defendant contends that the information attributed to him by Connolly was derived from other sources in the possession of the F.B.I. The defendant is

1

entitled to introduce transcripts and reports pertaining to wiretap investigations to prove that information in the informant file was available to Connolly in other locations.

The proffered documents are not hearsay because they are not being offered for their truth but rather to show the existence of alternate sources for the information in Connolly's file. They are highly relevant for this purpose. The reports pertaining to 98 Prince Street and 51 North Margin Street are of particular significance because they relate to the clandestine activities of the Italian Mafia. Connolly's access to this information through alternate sources explains how this information ultimately ended up in Bulger's supposed informant file. The existence of these alternate sources undermines the notion that Bulger – an Irish-American who was distrusted and disliked by the Italian Mafia – would have any knowledge about the internal workings of that highly secretive criminal organization.

There is a sufficient basis to reasonably infer that Connolly had access to the information derived from the wiretaps at 98 Prince Street and 51 North Margin Street. Connolly's supervisor, friend and accomplice John Morris oversaw both of these wiretaps. Morris has testified that Connolly was present at times in the "monitoring room" during wiretap investigations

when agents were listening to wiretap information as it came in.[1] Morris has testified that he, Connolly and a third agent disseminated wiretap information to James Bulger.[2] It is clear that Morris shared wiretap information with Connolly on a routine basis, often for dubious purposes. There is no reason to believe that the investigations at 98 Prince Street and 51 North Margin Street were any exception. The jury may reasonably infer that Connolly was aware of the information derived from these investigations.

It is of no significance that some of the proffered transcripts and reports were created well after the wiretaps were conducted. The question for the jury is what information was available to Connolly when he authored the defendant's informant file. Even if some of the reports did not exist at that time, they are still presumably the best available record of the information that was available to Connolly. If the government wishes to attack the accuracy of its own documentation of these wiretaps, it may do so. This challenge, however, goes only to the weight of the evidence, not its admissibility.

---

[1] Transcript of Testimony of John Morris, Jury Trial Day 13 (June 28, 2013) at 123-124.
[2] Id. at 70.

                                        James J. Bulger,
                                        By His Attorneys

                                        CARNEY & BASSIL

                                        */s/ J. W. Carney, Jr.*
                                        J. W. Carney, Jr.
                                        B.B.O. # 074760

                                        */s/ Henry B. Brennan*
                                        Henry B. Brennan
                                        B.B.O. #634036

                                        Carney & Bassil
                                        20 Park Plaza, Suite 1405
                                        Boston, MA 02116
                                        617-338-5566

Dated: June 30, 2013

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                        */s/ J. W. Carney, Jr.*
                                        J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 99-10371-DJC |
| ) | |
| JAMES J. BULGER ) | |

**DEFENDANT'S MOTION TO ADMIT TRANSCRIPTS AND REPORTS PERTAINING TO WIRETAP INVESTIGATIONS**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

Dated: June 30, 2013

5