# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | Crim. No. 99-10371-DJC |
| | ) | |
| **James J. Bulger,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S SUPPLEMENTAL PROPOSED JURY INSTRUCTION

Pursuant to Fed. R. Crim. P. 30, the United States of America hereby submits a supplemental request for a jury instruction in the above-captioned case.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By:   */s/ Brian T. Kelly*
BRIAN T. KELLY
FRED M. WYSHAK, JR.
ZACHARY R. HAFER
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 1, 2013.

*/s/ Brian T. Kelly*
Brian T. Kelly
Dated: July 1, 2013        Assistant U.S. Attorney

**FLIGHT AFTER ACCUSATION/CONSCIOUSNESS OF GUILT**

Intentional flight by a defendant after he is accused of the crime for which he is now on trial may be considered by you in the light of all the other evidence in the case.  The burden is upon the government to prove intentional flight.  Intentional flight after a defendant is accused of a crime is not alone sufficient to conclude that he is guilty.  Flight does not create a presumption of guilt.  At most, it may provide the basis for an inference of consciousness of guilt.  But flight may not always reflect feelings of guilt.  Moreover, feelings of guilt, which are present in many innocent people, do not necessarily reflect actual guilt.  In your consideration of the evidence of flight, you should consider that there may be reasons for James Bulger's actions that are fully consistent with innocence.

It is up to you as members of the jury to determine whether or not evidence of intentional flight shows a consciousness of guilt and the weight or significance to be attached to any such evidence.

First Circuit Pattern Jury Instructions (Criminal) Inst. 2.09 (1998).