UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 99-10371-DJC |
| ) | |
| JAMES J. BULGER, ) | |
| ) | |
| Defendant. ) | |

**GOVERNMENT'S MOTION IN LIMINE TO PERMIT WITNESS KEVIN J. WEEKS TO IDENTIFY HANDWRITING ON EXHIBIT 945**

Pursuant to Fed.R.Evid. 901(b)(2) and United States v. Scott, 270 F.3d 30 (1st Cir. 2001), cert. denied, 535 U.S. 1007 (2002), the government respectfully requests that this Court permit witness Kevin J. Weeks to offer his opinion as to whose handwriting is on Exhibit 945 (found in safe with guns -admitted into evidence on 6/13/13 and attached hereto as Exhibit A).

As will be demonstrated when Weeks testifies, the requirements of both Fed.R.Evid. 901(b)(2) and Fed.R.Evid. 701, which must be met when lay opinion testimony is offered to authenticate handwriting, Scott, 270 F.3d at 49, are easily satisfied in the case at bar. Weeks has extensive familiarity with James Bulger's handwriting and clearly did not acquire that familiarity for the purposes of this prosecution. Fed.R.Evid. 901(b)(2). In addition, because Weeks' familiarity with Bulger's handwriting is a result of their longtime friendship and criminal association that began years before this case was indicted, Weeks' opinion testimony is admissible pursuant to

1

Fed.R.Evid. 701 because it is (a) rationally based on his own perception, (b) helpful to a clear understanding of a fact in dispute, i.e., whether the guns at issue in this case belonged to Bulger, and (c) not based on any scientific, technical or other specialized knowledge. Id. at 50, see also, United States v. Apperson, 441 F.3d 1162, 1200-01 (10th Cir. 2006)(testimony by cooperating witness that he was familiar with defendant's handwriting based on their long-standing association provided sufficient foundation for his identification of defendant as the source of the handwriting); United States v. Brown Okolo, 82 Fed.Appx.131, 136-37 (5th Cir. 2003) (testimony of coconspirator that handwriting on forged checks was defendant's was admissible where she had dated defendant for two years and observed him write his name and sign documents).

Accordingly, the government respectfully requests that the Court permit witness Kevin J. Weeks to offer his opinion as to whose handwriting is on Exhibit 945.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Brian T. Kelly
BRIAN T. KELLY
FRED M. WYSHAK, JR.
ZACHARY R. HAFER
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 3, 2013.

             */s/ Brian T. Kelly*_____
             Brian T. Kelly
             Assistant U.S. Attorney


Dated: July 3, 2013