

supposed to be organizing
Charlestown gang??

Inquire of John Hurley

P.W. entering Suffolk
County