UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V. ) NO. 99-CR-10371-DJC
)
JAMES J. BULGER )

**DEFENDANT'S SECOND AMENDED WITNESS LIST**

The defendant, James J. Bulger, submits this amended witness list. In addition to the witnesses noticed on May 30, 2013 (ECF Dkt. No. 952) and May 31, 2013 (ECF Dkt. No. 961), the defendant adds the following names to his witness list: Theodore Berenson, Jr., Joseph Kelly, Weldon Kennedy, James Knotts, and James Marra. The defendant has taken Michelle Davis off his list. The defendant reserves the right to supplement, modify or withdraw witnesses from this list.

1. Michael Albano
   Medford, MA

2. Earl Anderson
   Roseau, MN

3. Jeannette Benedetti
   Walpole, MA

4. Theodore Berenson, Jr.
   Boston, MA

5. Richard Bergeron
   Quincy, MA

6. Sam Berkowitz
   Royal Palm Beach FL 33411

7. Brian Burke

8. Howard Carr
Brighton, MA 02135

9. Jerry Campbell
Boston, MA

10. Neal Cherkas
Chelsea, MA

11. Jack Cloherty
Winchester, MA 01890

12. Janice Connolly

13. James Crawford
FBI Boston
One Center Plaza – Suite 600
Boston, MA 02108

14. Matthew Cronin (Ret.)
FBI Boston
One Center Plaza – Suite 600
Boston, MA 02108

15. Tina Cronin (Watson)
East Boston, MA

16. Gary Crossen
Needham, MA 02492

17. Kevin Cullen
Boston, MA

18. Kevin Curry
Winchester, MA 01890

19. Thomas Daly
Groton, MA

20. Jack DePalma
Kingston, MA 02364

21. DEA Daniel Doherty
    Boston, MA 02203-040

22. Attorney Harry Philip Edwards
    Boston, MA 02108

23. Richard J. Egan
    Wakefield, MA 01880

24. Raymond Eganey
    FBI Boston
    One Center Plaza – Suite 600
    Boston, MA 02108

25. Jamie Flannery
    Wollaston, MA

26. Michael Flemmi
    Braintree, MA 02184

27. Robert Fitzpatrick
    Charlestown, RI 07813

28. Brian Foley

29. Thomas Foley
    Framingham, MA 01702

30. Erin Furey
    West Palm Beach, Fl

31. Brian Garceau

32. John Glover

33. James Greenleaf
    The Villages, FL 32162

34. Michael Harkins
    FBI Boston
    One Center Plaza – Suite 600
    Boston, MA 02108

35. Mike Huff
Tulsa, OK

36. Marion Hussey
Weymouth, MA

37. Stephen Hussey
Milton, MA

38. Jeffrey Jenkins

39. John Jennings

40. Steve Johnson
Framingham, MA

41. Phyllis Karas
Marblehead, MA 01945

42. Keeper of Records – Massachusetts State Police
Randolph, MA

43. Keeper of Records – Department of Justice

44. Eugene Kelley
Milton, MA

45. Joseph Kelly
Eden, NY

46. Rod Kennedy
Quincy, MA

47. Weldon Kennedy
Prescott, AZ

48. Graham King
Quincy, MA 02169

49. James Knotts

50. James Lavin
Weymouth, MA

51. Dick Leher
Belmont, MA 02478

52. Kathleen Lindholm
Natick, MA

53. Brad Luongo
Hollywood, FL

54. Jody Luongo
South Boston, MA

55. Robert Mahar

56. David Margolis
Washington DC

57. OIG Special Agent James Marra
Office of the Inspector General
1 Courthouse Way
Boston, MA 02210

58. James Martorano
Quincy, MA

59. Domenic Masella
Bedford, NH

60. Sean McWeeney
Reston, VA 20191

61. Stanley Moody
Parkton, MD

62. Rebecca Morris
Lexington, MA 02421

63. Robert Mueller
    c/o FBI Headquarters
    935 Pennsylvania Avenue, NW
    Washington, D.C. 20535-0001

64. William Mullen
    Dedham, MA

65. Shelly Murphy
    Boston, MA

66. Patrick Nee
    Boston, MA

67. Gerard O'Neill
    West Roxbury, MA

68. Nunzio Orlando
    Georgetown, MA

69. John Pappalardo
    Hingham, MA

70. John Pansewicz

71. Richard Pelton

72. Edward Quinn (Ret.)
    FBI Boston
    One Center Plaza – Suite 600
    Boston, MA 02108

73. Mary Rakes (O'Malley)
    Walpole, MA

74. Julie Rakes
    Gansevoort, NY 12831

75. Patricia Rakes
    Walpole, MA

76. Attorney Daniel Rull
    South Boston, MA

77. Bob Ryan
    1 Schroeder Plaza
    Boston, MA

78. Freddy Saro

79. E.J. Sharp

80. Desi Sideropolous
    West Roxbury, MA

81. Karen Snow
    Bridgewater, MA

82. Paul Snow
    Quincy, MA

83. Hon. Richard Stearns
    c/o John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 2300
    Boston, Massachusetts 02210

84. Jean Tsukalas

85. Mary Watson (Harris)

86. William Weld
    Boston, MA 02111

James J. Bulger,
By His Attorneys

CARNEY & BASSIL

J. W. Carney, Jr.

J. W. Carney, Jr.
B.B.O. # 074760

Henry B. Brennan

Henry B. Brennan
B.B.O. #634036

Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: July 3, 2013

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

J. W. Carney, Jr.
J. W. Carney, Jr.