```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

|                          |   |                    |
|--------------------------|---|--------------------|
| UNITED STATES OF AMERICA | ) |                    |
|                          | ) |                    |
| V.                       | ) | NO. 99-CR-10371-DJC |
|                          | ) |                    |
| JAMES J. BULGER          | ) |                    |

## **DEFENDANT'S MOTION FOR A SPECIAL VERDICT FORM**

The defendant, James J. Bulger, moves that the Court provide the jury with a verdict form containing special interrogatories enumerating each Racketeering Act alleged in Count One. The defendant's proposed special interrogatories are attached as Exhibit A. The defendant further moves that the Court instruct the jury as follows:

> I have now instructed you on the elements of the Racketeer Influenced and Corrupt Organizations Act (RICO) offense charged in Count One of the indictment. A verdict form has been prepared for you to use to record your verdict on these counts.
>
> As I explained to you, the indictment alleges that the pattern of racketeering activity in this case included 33 acts of racketeering activity. As I also explained, to find a pattern of racketeering activity, you must unanimously agree that the government proved beyond a reasonable doubt that James Bulger committed each of at least two of the same particular acts of racketeering activity alleged.
>
> The verdict form includes a series of interrogatories for you to answer to indicate which acts of racketeering activity, if any, you unanimously find. Do not answer these interrogatories until after you have reached your verdict. If you decide that the government has not proved James Bulger guilty of the Racketeering Influenced and Corrupt Organization Act

1

> (RICO) offenses charged in Count One, then you do not need to answer these interrogatories. However, if you find unanimously that the government proved each of the elements of this offense beyond a reasonable doubt then, after you have reached and recorded that verdict on the verdict form, you should answer the interrogatories with respect to the acts of racketeering activity. You must decide whether James Bulger is guilty of this offense first, before answering the interrogatories.

Third Circuit Court of Appeals, Model Criminal Jury Instruction 6.18.1962C-10, "RICO – Verdict Form and Special Interrogatories."

## Argument

The special verdict form allows juries to specifically identify the predicates for the general verdict. United States v. Cianci, 378 F.3d 71, 91 (1st Cir. 2004). The need for specificity is heightened in this case because the allegations are so wide-ranging and diverse. The indictment contains a total of forty-eight criminal counts. Count One of the indictment alleges that the defendant participated in a racketeering conspiracy comprised of thirty-three enumerated acts of racketeering.

The First Circuit has recognized "there may be circumstances in which eliciting particularized information from the jury will be permissible." United States v. Melvin, 27 F.3d 710, 716 (1st Cir. 1994). Courts in this District have repeatedly employed special verdict forms in RICO cases. See Cianci, 378 F.3d at 90-91; United States v. Connolly, 341 F.3d

16, 25-26 (1st Cir. 2003)(fourteen acts of racketeering were submitted to the jury for determination of "proven beyond a reasonable doubt" or "not proven beyond a reasonable doubt"); United States v. Torres Lopez, 851 F.2d 520, 525 (1st Cir. 1988). The use of special verdict forms focuses the jury on the requirement of specific unanimity as to each act of racketeering and allows reviewing courts to determine whether a guilty verdict was properly rendered. For example, the First Circuit overturned a RICO conviction in Torres Lopez because the two racketeering acts of which the defendant was convicted were both outside the statute of limitations. 851 F.2d at 525.

A special verdict form is particularly appropriate in this case where the thirty-three alleged acts of racketeering include nineteen murders. If the defendant is convicted of Count One without a special verdict form, it will be unclear which, if any, of these murders the jury found beyond a reasonable doubt. James Bulger, the families of the deceased and the public deserve to know the jury's finding as to each of the alleged offenses.

JAMES J. BULGER

By His Attorneys,

CARNEY & BASSIL

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Henry B. Brennan*
Henry B. Brennan
B.B.O. # 634036

Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: July 10, 2013

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

4

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| V. | )  Crim. No. 99-10371-DJC<br>) |
| JAMES J. BULGER | )<br>) |

### AFFIDAVIT SUPPORTING
### DEFENDANT'S MOTION FOR A SPECIAL VERDICT FORM

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

Dated: July 10, 2013