**Verdict Form with Special Interrogatories**

COUNT ONE (Racketeering Conspiracy)
_____     Guilty
_____     Not Guilty

If you find James Bulger not guilty of conducting or participating in the conduct of the affairs of an enterprise through a pattern of racketeering activity, as charged in Count One, please proceed to the next count; do not answer the jury interrogatories. If you find James Bulger guilty of conducting or participating in the conduct of the affairs of an enterprise through a pattern of racketeering activity, as charged in Count One, please answer the following jury interrogatories before proceeding to the next count.

JURY INTERROGATORIES COUNT ONE:

Do you unanimously find that the government proved beyond a reasonable doubt that the pattern of racketeering activity included the following acts of racketeering activity, as alleged in Count One?

Racketeering Act Number 1 (Conspiracy to Murder Members of Notorangeli Group)
_____     Yes
_____     No

Racketeering Act Number 2 (Murder of Michael Milano)
_____     Yes
_____     No

Racketeering Act Number 3 (Murder of Al Plummer)
_____     Yes
_____     No

Racketeering Act Number 4 (Murder of William O'Brien)
_____     Yes
_____     No

Racketeering Act Number 5 (Murder of James O'Toole)
_____ Yes
_____ No

Racketeering Act Number 6 (Murder of Al Notorangeli)
_____ Yes
_____ No

Racketeering Act Number 7 (Murder of James Sousa)
_____ Yes
_____ No

Racketeering Act Number 8 (Murder of Paul McGonagle)
_____ Yes
_____ No

Racketeering Act Number 9 (Murder of Edward Connors)
_____ Yes
_____ No

Racketeering Act Number 10 (Murder of Thomas King)
_____ Yes
_____ No

Racketeering Act Number 11 (Murder of Francis "Buddy" Leonard)
_____ Yes
_____ No

Racketeering Act Number 12 (Murder of Richard Castucci)
_____ Yes
_____ No

Racketeering Act Number 13 (Murder of Roger Wheeler)
_____ Yes
_____ No

Racketeering Act Number 14 (Murder of Debra Davis)
_____ Yes
_____ No

Racketeering Act Number 15 (Murder of Brian Halloran)
_____ Yes
_____ No

Racketeering Act Number 16 (Murder of Michael Donahue)
_____ Yes
_____ No

Racketeering Act Number 17 (Murder of John Callahan)
_____ Yes
_____ No

Racketeering Act Number 18 (Murder of Arthur "Bucky" Barrett)
_____ Yes
_____ No

Racketeering Act Number 19 (Murder of John McIntyre)
_____ Yes
_____ No

Racketeering Act Number 20 (Murder of Deborah Hussey)
_____ Yes
_____ No

Racketeering Act Number 21 (Extortion Conspiracy: "Rent")
_____ Yes
_____ No

Racketeering Act Number 22 (Extortion of Richard O'Brien)
_____ Yes
_____ No

Racketeering Act Number 23 (Extortion of Kevin Hayes)
_____ Yes
_____ No

Racketeering Act Number 24 (Extortion Conspiracy: "Fines")
_____ Yes
_____ No

Racketeering Act Number 25 (Extortion of Michael Solimando)
_____ Yes
_____ No

Racketeering Act Number 26 (Extortion of Stephen Rakes and Julie Rakes)
_____ Yes
_____ No

Racketeering Act Number 27 (Richard Bucheri)
_____ Yes
_____ No

Racketeering Act Number 28 (Extortion of Raymond Slinger)
_____ Yes
_____ No

Racketeering Act Number 29 (Narcotics Distribution Conspiracy)
_____ Yes
_____ No

Racketeering Act Number 30 (Money Laundering Conspiracy)
_____ Yes
_____ No

Racketeering Act Number 31 (Money Laundering)
_____ Yes
_____ No

Racketeering Act Number 32 (Money Laundering)

*Racketeering Act 32(A)*             *Racketeering Act 32(B)-32(PPP)*
_____ Yes                          _____ Yes
_____ No                           _____ No

Racketeering Act Number 33 (Money Laundering)
_____ Yes
_____ No

Racketeering Acts Number 34-37 are not applicable to James Bulger.