UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| V. | ) ) | Crim. No. 99-10371-DJC |
| JAMES J. BULGER | ) ) ) | |

### DEFENDANT'S MOTION TO CONVENE TRIAL ON JULY 30, 2013 AT 8:45 AM AND RELEASE AT 11:45 AM

The defendant, James J. Bulger, moves that trial convene at 8:45 AM on July 30, 2013 and release at 11:45 AM. The defendant's counsel, J. W. Carney, Jr., previously moved to have trial convene at 10:15 AM on July 30, 2013 since he is co-counsel on the appeal of United States v. Tarek Mehanna, No. 12-1461, and oral argument was scheduled for the morning of July 30, 2013. Oral argument in Mehanna is now scheduled last on July 30, 2013 and counsel expects it to commence around noon that day.

> JAMES J. BULGER
> By His Attorneys,
>
> CARNEY & BASSIL
>
> *J. W. Carney, Jr.*
> J. W. Carney, Jr.
> B.B.O. # 074760

1

*Henry B. Brennan*
Henry B. Brennan
B.B.O. # 634036

Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
617-338-5566

Dated: July 11, 2013

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

|                          |   |                        |
|--------------------------|---|------------------------|
| UNITED STATES OF AMERICA | ) |                        |
|                          | ) |                        |
| V.                       | ) | Crim. No. 99-10371-DJC |
|                          | ) |                        |
| JAMES J. BULGER          | ) |                        |

**AFFIDAVIT SUPPORTING DEFENDANT'S MOTION TO CONVENE TRIAL ON JULY 30, 2013 AT 8:45 AM AND RELEASE AT 11:45 AM**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

Dated: July 11, 2013

3