UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| V. | ) | NO. 99-CR-10371-DJC |
| JAMES J. BULGER | ) | |

**DEFENDANT'S THIRD AMENDED WITNESS LIST**

The defendant, James J. Bulger, submits this amended witness list pursuant to the Court's Order dated March 26, 2013. The defendant reserves the right to supplement, modify or withdraw witnesses from this list.

1. Michael Albano
   Medford, MA

2. Earl Anderson
   Roseau, MN

3. Brian Burke
   Brighton, MA

4. Jerry Campbell
   Boston, MA

5. Neal Cherkas
   Chelsea, MA

6. Jack Cloherty
   Winchester, MA 01890

7. James Crawford
   FBI Boston
   One Center Plaza – Suite 600
   Boston, MA 02108

8.  Matthew Cronin (Ret.)
    FBI Boston
    One Center Plaza – Suite 600
    Boston, MA 02108

9.  Christine Cronin (Watson)
    East Boston, MA

10. Thomas Daly
    Groton, MA

11. Fred Davis, JR.
    Saint Simons Island, GA 31522

12. Jack DePalma
    Kingston, MA

13. DEA Daniel Doherty
    Boston, MA 02203-040

14. Attorney Harry Philip Edwards
    Boston, MA 02108

15. Richard J. Egan
    Wakefield, MA 01880

16. Robert Fitzpatrick
    Charlestown, RI 07813

17. Brian Foley
    Roslindale, MA

18. Thomas Healey
    Quincy, MA

19. Marion Hussey
    Weymouth, MA

20. Stephen Hussey
    Milton, MA

21. Steve Johnson
    Framingham, MA

22. Eugene Kelly
    Vineyard Haven, MA

23. Joseph Kelly
    Eden, NY

24. James Lesar
    Silver Springs, MD

25. Brad Luongo
    Hollywood, FL

26. Robert Mahar
    South Boston, MA

27. OIG Special Agent James Marra
    Office of the Inspector General
    1 Courthouse Way
    Boston, MA 02210

28. Domenic Masella
    Bedford, NH

29. William Mullen
    Dedham, MA

30. Patrick Nee
    Boston, MA

31. Nunzio Orlando
    Georgetown, MA

32. Richard Pelton
    Boston, MA

33. Todd Richards
    Tewksbury, MA

34. Joseph Salvati
    Boston, MA

35. Desi Sideropolous
    West Roxbury, MA

36. James Siracusa
    Belmont, MA

37. Mary Watson (Harris)
    Saugus, MA

                                    James J. Bulger,
                                    By His Attorneys

                                    CARNEY & BASSIL

                                    */s/ J. W. Carney, Jr.*
                                    J. W. Carney, Jr.
                                    B.B.O. # 074760

                                    */s/ Henry B. Brennan*
                                    Henry B. Brennan
                                    B.B.O. #634036

                                    Carney & Bassil
                                    20 Park Plaza, Suite 1405
                                    Boston, MA 02116
                                    617-338-5566

Dated: July 15, 2013


                        Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                    */s/ J. W. Carney, Jr.*
                                    J. W. Carney, Jr.