UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | NO. 99-CR-10371-DJC |
| | ) | |
| JAMES J. BULGER | ) | |

**DEFENDANT'S SUPPLEMENTAL WITNESS LIST**

The defendant, James J. Bulger, submits this witness list pursuant to the Court's Order dated March 26, 2013. ECF Dkt. No. 851. The defendant reserves the right to supplement, modify or withdraw witnesses from this list.

1. Kevin Curry
   Winchester, MA

        James J. Bulger,
        By His Attorneys

        CARNEY & BASSIL

        *J. W. Carney, Jr.*
        J. W. Carney, Jr.
        B.B.O. # 074760

        *Henry B. Brennan*
        Henry B. Brennan
        B.B.O. #634036

        Carney & Bassil
        20 Park Plaza, Suite 1405
        Boston, MA 02116
        617-338-5566

Dated: July 21, 2013

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.