# Carney & Bassil

A Professional Corporation

Attorneys at Law

J. W. CARNEY, JR.
JANICE BASSIL
ROSANNE KLOVEE
LINDSAY GOLDSTEIN
RICHARD GEDEON
JOHN E. OH
DANYA F. FULLERTON
DARYL K. ZULES
SAMIR ZAGANJORI
ANDREA M. MILYKO

20 Park Plaza
Suite 1405
Boston, MA 02116

TEL. (617) 338-5566
FAX (617) 338-5587

www.CarneyBassil.com

*of counsel*
HANK BRENNAN
JAMES BUDREAU
JAMES M. DOYLE

*paralegals*
MARY ELLEN WHITE
ALYSSA WOOD
JOANA STATHI
KRISTIN MARCUCELLA

July 23, 2013

VIA ECF SYSTEM AND HAND DELIVERY

Brian T. Kelly
Fred M. Wyshak, Jr.
Zachary Hafer
United States Attorney's Office
U.S. Courthouse, Suite 9200
One Courthouse Way
Boston, MA 02210

> RE: United States v. James Bulger
> Docket No. 99-10371-DJC

Dear Counsel,

In response to your July 19, 2013 email, please be advised that Robert Fitzpatrick has been reimbursed $79.10 for travel expenses and $16.05 for sending an express mail. Additionally, we sent a CJA voucher to the Court for $39.10 in travel expenses that has not been reimbursed yet.

Also, please find the following documents enclosed which constitute reciprocal discovery:

1.    Robert Fitzpatrick Affidavit from the case, State of Florida v. John J. Connolly, Jr., Case No. F01-8287D, BS D0001-0004.

2.    FBI memo from the book entitled "Betrayal" by Robert Fitzpatrick and Jon Land, BS D0005-0006.

1

3.    Documents relevant to James Lesar's testimony. These
include Jacob Javits documents, BS D0007-0015, a Boston Globe
article, BS D0016-0019, and selections of "June mail," BS D0020-
36.

If you have questions, do not hesitate to contact us. Thank
you for your attention to the matter.

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Henry B. Brennan*
Henry B. Brennan
B.B.O. # 634036

### Certificate of Service

I hereby certify that this document filed through the ECF system will
be sent electronically to the registered participants as identified on the
Notice of Electronic Filing (NEF) and paper copies will be sent to those
indicated as non-registered participants on or before the above date.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

|   | BegDoc | EndDoc | Description |
|---|--------|--------|-------------|
| 1 | D0001 | D0004 | FL v. Connolly, Fitzpatrick Affidavit |
| 2 | D0005 | D0006 | FBI memo from "Betrayal" Appendix |
| 3 | D0007 | D0015 | Jacob Javits documents |
| 4 | D0016 | D0019 | Boston Globe article |
| 5 | D0020 | D0036 | "June mail" selections |