UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | NO. 99-CR-10371-DJC |
| ) | |
| JAMES J. BULGER ) | |

**<u>DEFENDANT'S SUPPLEMENTAL WITNESS LIST</u>**

The defendant, James J. Bulger, submits this witness list pursuant to the Court's Order dated March 26, 2013. ECF Dkt. No. 851. The defendant reserves the right to supplement, modify or withdraw witnesses from this list.

1. John Martorano
   Milford, MA

2. Heather Hoffman (Title Examiner)
   Brookline, MA

James J. Bulger,
By His Attorneys

CARNEY & BASSIL

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Henry B. Brennan*
Henry B. Brennan
B.B.O. #634036

Carney & Bassil
20 Park Plaza, Suite 1405
Boston, MA 02116
Dated: July 25, 2013      617-338-5566

1

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

*/s/ J. W. Carney, Jr.*
J. W. Carney, Jr.