```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
          v.                )    Criminal No. 99-10371-DJC
                            )
JAMES J. BULGER,            )
                            )
          Defendant.        )
```

**GOVERNMENT'S OPPOSITION TO DEFENDANT'S MID-TRIAL MOTION FOR DISCOVERY REGARDING A NONGOVERNMENT WITNESS**

Defendant James J. Bulger has filed a mid-trial motion for discovery (ECF Dkt. No. 1187) regarding a nongovernment witness - Pat Nee - which lacks merit and should be denied.

As indicated in Court and in previous filings, the government has complied with its obligations under Fed.R.Crim.P. 16, the Jencks Act (18 U.S.C. § 3500), and Brady v. Maryland, 373 U.S. 83 (1963) and its progeny.  Of course, the government does not have Jencks or Giglio obligations for people who are not government witnesses.

Bulger's strange obsession with Pat Nee does not give rise to discovery obligations nor can it change the reality that Nee was in fact twice prosecuted by the Boston U.S Attorney's Office.  Indeed, Nee was prosecuted and convicted in the mid-1980's for his role in the Valhalla arms shipment (he was ultimately arrested by trial witness Don Defago).  Shortly after he was released from prison, Nee was arrested again in 1991 and subsequently convicted for his role in an armored car robbery.

Nee originally received a sentence in excess of 30 years on that case but it was reduced to approximately 10 years after an appeal.

For the reasons set forth above as well as in previous discovery related filings, the United States respectfully requests that the Court deny defendant's motion.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Dated: July 26, 2013   By:   */s/ Brian T. Kelly*
BRIAN T. KELLY
FRED M. WYSHAK, JR.
ZACHARY R. HAFER
Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the notice of Electronic Filing.

Dated: July 26, 2013       */s/ Brian T. Kelly*
BRIAN T. KELLY
Assistant U.S. Attorney