```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
_____
                           )
UNITED STATES              )
                           )
V.                         )   Crim. No. 99-10371-DJC
                           )
JAMES J. BULGER            )
_____)
```

**DEFENDANT'S MOTION FOR DISCOVERY**

The defendant, James J. Bulger, moves that the Court order the government to produce the 1980 memorandum from former SSA Fred Davis to SAC Lawrence Sarhatt referenced in materials received by the defense on July 28, 2013. The memo contains Fred Davis's concerns about the informant program and specifically identifies the defendant, James J. Bulger, as an individual who ought to be closed as an informant. This memorandum was written in regards to the defendant and pertains to an issue that has been litigated throughout the course of the trial. The defense therefore urges the Court to order its production.

**Local Rule 116.3(f) Certification**

Counsel for the defendant certifies that this motion was filed in compliance of Local Rule 116.3(f). Counsel for the defendant and the government conferred with each other, but were unable to resolve the issue.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

                                        James J. Bulger,
                                        By His Attorneys

                                        CARNEY & BASSIL

                                        */s/ J. W. Carney, Jr.*
                                        J. W. Carney, Jr.
                                        B.B.O. # 074760

                                        */s/ Henry B. Brennan*
                                        Henry B. Brennan
                                        B.B.O. #634036

                                        Carney & Bassil
                                        20 Park Plaza, Suite 1405
                                        Boston, MA 02116
                                        617-338-5566

Dated: July 28, 2013

## Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                        */s/ J. W. Carney, Jr.*
                                        J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V.  )<br>)<br>JAMES J. BULGER  )<br>) | Crim. No. 99-10371-DJC |

### AFFIDAVIT SUPPORTING
### DEFENDANT'S MOTION FOR DISCOVERY

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.

Signed under the penalties of perjury.

*J. W. Carney, Jr.*
J. W. Carney, Jr.

Dated: July 28, 2013