```
 1                  UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
 2

 3   _____

 4   UNITED STATES OF AMERICA,

 5                  Plaintiff,         Criminal Action
                                       No. 99-10371-DJC
 6   v.
                                       July 23, 2013
 7   JAMES J. BULGER,                  8:46 a.m.

 8                  Defendant.

 9   _____

10

11           TRANSCRIPT OF JURY TRIAL DAY 27

12        BEFORE THE HONORABLE DENISE J. CASPER

13              UNITED STATES DISTRICT COURT

14           JOHN J. MOAKLEY U.S. COURTHOUSE

15                  1 COURTHOUSE WAY

16                   BOSTON, MA  02210

17

18

19

20
                   DEBRA M. JOYCE, RMR, CRR
21                 LEE A. MARZILLI, RMR, CRR
                     Official Court Reporters
22              John J. Moakley U.S. Courthouse
                 1 Courthouse Way, Room 5204
23                    Boston, MA  02210
                         617-737-4410
24

25
```

```
 1   Q.   Let me get the question out.  Did you tell John Martorano
 2   that you had strangled Debbie Davis?
 3   A.   No.
 4   Q.   Did you tell him that you had choked her by accident?
 5   A.   No.  I'll explain what happened.  When Jim Bulger and
 6   myself met John Martorano --
 7   Q.   I didn't ask the question, Mr. Flemmi.
 8   A.   Go ahead.
 9   Q.   Debbie Davis had a younger sister, didn't she?
10   A.   Michelle.
11   Q.   And Michelle Davis, she died from an overdose in 2006.
12   Did you know that?
13   A.   I heard that.
14   Q.   Michelle Davis was how many years younger than Debbie
15   Davis?
16   A.   I don't know.  I'm not certain.
17   Q.   And Michelle Davis, Debbie Davis' younger sister, you had
18   a, as you would call, a sexual relationship with her too,
19   didn't you?
20   A.   Absolutely not.
21   Q.   That didn't happen?
22   A.   Of course not.  She would have been the first one to admit
23   it.
24   Q.   What do you mean, she'd be the first one to admit it?
25   A.   Well, if she was asked about that.
```

|   |   |
|---|---|
| 1 | Q.   Do you want me to show you what she said? |
| 2 | A.   Yeah.  I'd like to hear that. |
| 3 |          MR. WYSHAK:  Objection.  It's hearsay, your Honor. |
| 4 |          THE COURT:  Yes, sustained, sustained.  Sustained. |
| 5 | Q.   You spoke to Johnson and you spoke to Doherty when you |
| 6 | were supposed to give your proffer to the government and be |
| 7 | honest and open, right? |
| 8 | A.   That's correct. |
| 9 | Q.   And when you spoke to Johnson and you spoke to Doherty |
| 11:37 10 | about Debbie Davis' little sister Michelle, do you remember |
| 11 | telling them that you were involved in sexual contact with |
| 12 | Debbie's little sister Michelle? |
| 13 | A.   I was asked a series of questions, but I never reviewed |
| 14 | those documents for corrections, and I denied it. |
| 15 | Q.   Do you want to take a look at -- |
| 16 | A.   I already know what's in there.  I seen it. |
| 17 | Q.   So what Johnson and Doherty wrote about you and Michelle |
| 18 | Davis is wrong? |
| 19 | A.   I told you I never reviewed those documents for |
| 11:37 20 | inaccuracies, and there are other inaccuracies in that document |
| 21 | which I brought out in court proceedings. |
| 22 | Q.   I want to ask you specifically about your admission that |
| 23 | she had oral sex with you. |
| 24 | A.   I didn't admit that, no, I never did.  With Michelle |
| 25 | Davis? |