00336850

00336850

1

Volume 1, Pages 1 - 101

Exhibits: 1 - 5

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - -

THE ESTATE OF DEBRA DAVIS, et al.

Plaintiffs

vs.                          Docket No. CA 02-1191-RCL

UNITED STATES OF AMERICA, et al.

Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - -

DEPOSITION OF MICHELLE DAVIS

Thursday, April 14, 2005, 1:20 p.m.

United States District Court

District of Massachusetts

1 Courthouse Way

Boston, Massachusetts


- - - - - - -Reporter:  Kathleen L. Good, CSR, RPR- - - - - - -

K. L. GOOD & ASSOCIATES

Post Office Box 367

Swampscott, Massachusetts 01907

Tel. 781-367-0815   Fax 781-598-0815


K. L. GOOD & ASSOCIATES

00336851

00336851

2

APPEARANCES:

       United States Department of Justice

       Torts Branch - Civil Division

       Lawrence Eiser, Attorney

       Catherine J. Finnegan, Attorney

       PO Box 888

       Ben Franklin Station

       Washington, D.C.  20044

       for the United States of America


       Paul J. Griffin, Attorney

       487 Adams Street

       Milton, Massachusetts 02186

       Attorneys for the Estate of Debra Davis


Also Present:  Peter Truong, Attorney

               United States Strike Force

00336852

3

1              P R O C E E D I N G S

2           MICHELLE MARIE DAVIS, sworn

3              DIRECT EXAMINATION

4     BY MS. FINNEGAN:

5  Q.  Good afternoon.  My name is Tess Finnegan.  I

6      represent the United States in the lawsuit that

7      your mother filed against the United States on

8      behalf of your sister Debra Davis's estate.  I'm

9      going to be taking your deposition this

10     afternoon.

11              Have you ever given a deposition before?

12 A.  No.

13 Q.  Have you ever given testimony under oath in any

14     legal proceeding?

15 A.  No.

16 Q.  I'm going to be asking you basically questions

17     today about the subject matter of your mother's

18     lawsuit.  I'm going to be asking you questions

19     about the subject matters of the lawsuit that's

20     been brought on behalf of your sister's estate.

21     I'll be asking questions, and my questions and

22     your answers will be recorded by the court

23     reporter.  You'll have to speak up and give oral

24     answers so that the court reporter can take that

00336853

4

1    down.

2              Do you understand that?

3    A.  Yes, I do.

4    Q.  If for some reason you don't understand my

5        questions, will you tell me so I can --

6    A.  I most certainly will.

7    Q.  -- ask you one you understand.

8              That brings me to next point.  I will

9        try to wait until you finish your answer before

10       asking my next question.  Will you try to wait

11       until I finish my question before answering it?

12   A.  Yes.

13   Q.  If you need a break at any time, please let me

14       know.  If there's no question pending we can see

15       what we need to do about a break.  Okay?

16   A.  Uh-huh.

17   Q.  If you later remember something towards the end

18       of the afternoon about a topic I asked you

19       earlier this afternoon, please let me know then

20       and we'll deal with what it is you remember.

21              Is that a deal?

22   A.  Yes.

23              THE WITNESS:  Is there any way you could

24       close --

5

1          MS. FINNEGAN:  Would it be more
2    comfortable to have this closed?
3          THE WITNESS:  Yes.
4          MS. FINNEGAN:  The glare is too much.
5    We'll have the blinds closed.  That's not a
6    problem.
7          THE WITNESS:  That's fine.  Just like
8    that.
9    Q.  Are you taking any medications or drugs right
10       now that would make it difficult for you to
11       understand my questions?
12   A.  No.
13   Q.  Have you had anything alcoholic to drink in the
14       last eight hours?
15   A.  No.
16   Q.  Are you sick at all today?
17   A.  No.
18   Q.  Is there anything that you can think of that
19       would prevent you from testifying truthfully and
20       fully?
21   A.  No.
22   Q.  Is there anything that you can think of that
23       would prevent you from understanding my
24       questions?

00336855
00336855

6

1    A.   Excuse me?  Repeat that.

2    Q.   Is there anything you can think of that would

3         prevent you from understanding my questions?

4    A.   No.

5    Q.   Is there anything that you can think of that

6         would alter your memory of events?

7    A.   No.

8    Q.   All right.  Let's get started then.

9              What is your full name?

10   A.   Michelle Marie Davis.

11   Q.   You go by Michelle Davis?

12   A.   Yes.

13   Q.   Are there any other names you go by?

14   A.   No.

15   Q.   How old are you?

16   A.   35.

17   Q.   When is your birthday?

18   A.   April 24, 1968.

19   Q.   Are you married?

20   A.   No.

21   Q.   Have you ever been married?

22   A.   No.

23   Q.   Do you have any children?

24   A.   Yes.

00336891

00336891

42

1   A.   No.

2   Q.   Did you know of Whitey Bulger's reputation?

3   A.   No.

4   Q.   Did you know of Steve Flemmi's reputation at the

5        time?

6   A.   No.

7   Q.   Did you ever suspect Flemmi had something to do

8        with your sister's disappearance?

9   A.   I had no reason to think that.

10  Q.   Shortly after your sister disappeared, you began

11       your own relationship with Steve Flemmi?

12  A.   I wouldn't call it a relationship.

13  Q.   What would you call it?

14  A.   I was 13 years old.  I didn't have any -- it

15       wasn't something that I had say in, you know.  I

16       was a victim, you know.  He was very cunning and

17       he manipulated me.

18  Q.   Did you live with him after your sister

19       disappeared?

20  A.   No.

21  Q.   Did Steve Flemmi take you out after your sister

22       disappeared?

23  A.   Yes.  He would take me clothes shopping like he

24       had done when I had lived with him and my

43

```
1        sister.
2   Q.   So that aspect of your relationship stayed
3        constant?
4   A.   Yeah.  Like I said, he was -- I trusted him.
5   Q.   You trusted him?
6   A.   He was like a father to me.
7   Q.   When did he cross that line and break your
8        trust?
9   A.   At 14, things just weren't right.
10  Q.   Did he make sexual advances on you?
11  A.   (Witness nods head.)
12  Q.   Is that a yes?
13  A.   Yes.
14  Q.   Did you have a sexual relationship with him for
15       a period of time?
16  A.   I didn't.  He did.
17  Q.   You mean he had a sexual relationship with you
18       for a period of time?
19  A.   Yeah.  But I didn't.
20  Q.   I'm not sure I follow you.
21  A.   I didn't have a relationship with him because
22       it's not something that I wanted.
23  Q.   I understand.  Okay.
24            How long did this, for lack of a better
```

K. L. GOOD & ASSOCIATES

44

1   word, how long did this relationship go on?

2   A.   I don't remember.

3   Q.   Was it years or months?

4   A.   Years.

5   Q.   Was it more than ten?

6   A.   No.

7   Q.   So it began when you were 14.  Do you remember

8        when it ended?

9   A.   Sometime in the '80s.

10  Q.   Sometime in the '80s?

11  A.   I mean in the '90s.

12  Q.   Your sister went missing in '81 and you were 14

13       in 1982.  So it could have gone on for at least

14       eight years, this relationship, for lack of a

15       better word?

16            MR. GRIFFIN:  Answer that.

17  A.   Yes.

18  Q.   Could it have gone on for longer than eight

19       years?

20  A.   Possibly.

21  Q.   As long as ten years?

22  A.   I don't think so.  I think he was in jail by

23       then.

24  Q.   But did it go on until he went to jail?

K. L. GOOD & ASSOCIATES

00336894

00336894

```
                                                45
 1   A.   I kind of stopped answering his phone calls, but
 2        he would still call and he'd ask me to meet him
 3        and I wouldn't.  And he'd stop over.
 4   Q.   Did your family know that you had this
 5        relationship, for lack of a better word?  I
 6        apologize for the "relationship" word.
 7   A.   I don't know.
 8   Q.   You don't know if they knew?
 9   A.   I never asked them and we never talked about it.
10   Q.   Did you tell your mother about this relationship
11        with Steve Flemmi?
12   A.   We never talked about it.
13   Q.   Has there ever come a point where you told your
14        mother?
15   A.   No.  I think she knew, I think she knew.
16   Q.   You think she knew then?
17   A.   Not when I was young.
18   Q.   14.  What about when you were 23 or 22?  Did she
19        know about your relationship then?
20   A.   I would imagine.  I mean, why else would he come
21        around to take me shopping.
22   Q.   Did you ever tell your mother that these sexual
23        advances from Steve Flemmi were unwelcome?
24   A.   I believe so.  But that was later when I was
```

00336895

00336895

46

1       older.  I was only 13.  I didn't know what

2       happened, if it was my fault or -- I didn't

3       know.

4   Q.  Were you afraid to tell someone?

5   A.  I was ashamed.

6   Q.  Did Steve Flemmi ask you not to tell anyone?

7   A.  I don't recall.

8   Q.  Did any of your brothers tell you that it wasn't

9       a good idea to be with Steve Flemmi?

10  A.  I don't recall.

11  Q.  Did any of your brothers try to protect you from

12      Steve Flemmi?

13  A.  Why would they try to protect me?

14  Q.  Is that a no, that they didn't try to protect

15      you?

16  A.  What would they have to protect me from?

17  Q.  My question to you was did any of your brothers

18      try to protect you from Steve Flemmi?

19  A.  Right.

20  Q.  And I'm just asking you to answer that with a

21      yes or no.

22  A.  I can't answer that if you don't tell me what

23      they would have to protect me from.

24  Q.  Please just answer my question.

53

1          MR. GRIFFIN:  Okay.

2     Q.   On page 9, Paragraph 54, it says:

3          "The defendant Flemmi acted toward

4     Michelle Davis in a grossly outrageous manner

5     well beyond the bounds of decency in a civil

6     society."

7          Is this referring to Steve Flemmi's

8     sexual advances on you?

9          MR. GRIFFIN:  I'm going to object in the

10    sense that certainly she didn't draft this.

11    This is certainly lawyers drafting this.

12         MS. FINNEGAN:  Of course.  I'm trying to

13    get to sort of the nugget of facts that are

14    behind the lawyer's words.

15    Q.   It says here that Flemmi acted towards you in a

16    grossly outrageous manner.

17         Would that have been sexual --

18         THE WITNESS:  What does that mean?

19         MR. GRIFFIN:  Let's go off the record

20    for a second.

21         MS. FINNEGAN:  Go ahead.

22         (Discussion off the record.)

23         MS. FINNEGAN:  Back on the record.

24    A.   The reason for my lawsuit?

54

1   Q.   Give me the reason for your lawsuit and I'll ask
2        my question after.
3   A.   I was violated.   I was molested and my life is
4        totally ruined.   Nobody should do that to a
5        little kid.   That's exactly what I was.   I was a
6        little kid.
7   Q.   So in the paragraph preceding this, Paragraph 49
8        says:
9             "Flemmi intentionally assaulted and
10       battered the plaintiff Michelle Davis between
11       the years 1981 and 1990."
12            1981 to 1990, is that the duration of
13       your relationship with Steve Flemmi?
14  A.   Yes.
15  Q.   The assault and batteries, did he physically hit
16       you?
17  A.   No.
18  Q.   The assault and batteries, then, are they sexual
19       advances?
20  A.   Sexual.
21  Q.   Paragraph 51, it says:
22            "Michelle Davis has lived in great fear
23       of Steve Flemmi and has been physically unable
24       to bring this lawsuit before this date."

00336908

00336908

59

1    A.   She was going home.

2    Q.   She was going home to the house she shared with

3         Steve Flemmi?

4    A.   Yes.

5    Q.   Did you know whether she was planning to meet

6         Flemmi?

7    A.   No.

8    Q.   I want to back up a minute.

9              Earlier today I asked you whether you

10        had had anything alcoholic to drink in the last

11        eight hours and you said no.

12             Have you taken any drugs or medications

13        of any kind within the last 12 hours?

14   A.   No.

15             MS. FINNEGAN:  I'm just going to take a

16        moment to look through my notes.  Forgive me.

17             If you would like to take a short break?

18             THE WITNESS:  Yes.

19             (Recess.)

20             (Marked, Exhibit No. 2, Boston Herald

21        Article, 1/16/00.)

22             MS. FINNEGAN:  Back on the record after

23        a short break.

24   Q.   I'm going to put this exhibit in front of you

00336909
00336909

60

1    marked as Exhibit No. 2 and give a copy to your

2    lawyer as well.

3           There's a part that's been bracketed.

4    That's the part I'm going to ask you some

5    questions about in addition to some other

6    portions.

7           You spoke to the press about your

8    sister's disappearance and your relationship

9    with Flemmi; is that correct?

10   A.   Could I read this, please?

11   Q.   Could you answer my question?

12          Is that correct, you spoke with the

13   press?

14   A.   Could I read this to see if this is what I said?

15   Q.   Leaving aside this exhibit for a split second --

16          MR. GRIFFIN:  Let's not read this.

17   Q.   -- have you ever spoken to the press about your

18   sister's disappearance or your relationship with

19   Steve Flemmi?

20   A.   Yes.

21   Q.   Go ahead and read that piece.

22          (Pause.)

23   Q.   Exhibit No. 2 is a newspaper article from the

24   Boston Herald, dated January 16, 2000.  The

61

1       title of the article is "Hussey just one of many

2       young Flemmi victims."

3                There's a portion I would like to draw

4       your attention to and it's the fourth paragraph,

5       begins with the fourth paragraph down.  It says:

6                "Michelle Davis, younger sister of

7       another former Flemmi girlfriend who disappeared

8       without a trace, said she too was a teenage

9       target of Flemmi's affection."

10               My question to you is, is that accurate?

11  A.   Yes.

12  Q.   The next paragraph:

13               "Michelle Davis, who lived with Flemmi

14      and her sister Debbie for two years in

15      Brookline, was living with her mother in

16      Randolph when Debbie disappeared.  Debbie Davis

17      had a nine-year romance with Flemmi and was 26

18      when she disappeared in 1981, the same age as

19      Hussey."

20               Let me ask you this -- and forgive me if

21      I already asked you before -- did you know

22      Debbie Hussey?

23  A.   No.

24  Q.   The paragraph I just read to you, is that

00336911

62

1     accurate?

2  A. Yeah.  I think I lived with them a little bit

3     longer than two years.

4  Q. So you previously testified that you lived with

5     your sister Debbie and Steve Flemmi for four

6     years from when you were eight until you were

7     12.

8  A. Yeah.  That's why I just said two years is not

9     accurate.

10 Q. Next paragraph says:

11        "Michelle Davis said shortly after her

12    sister vanished, Flemmi started coming around to

13    her mother's house and taking her out.  She was

14    13 at the time."

15        You've testified before that when you

16    were 13, Flemmi started a relationship with you,

17    that's right?

18 A. Yeah.

19 Q. And is this paragraph that I've just read; is

20    that accurate?

21 A. Yeah.

22 Q. The next paragraph says:

23        "My sister was gone and he was her

24    boyfriend and he's trying to be with me."

63

1              "He" is referring to Steve Flemmi.

2              "It didn't make sense, she explained,"

3       which is attributed to you.  It says:

4              "I thought -- didn't he love my sister?

5       Why would he be touching me and buying me things

6       when my sister was missing?"

7              Did you say this, first?

8    A.  I didn't say that.

9    Q.  Did you say something like it?

10   A.  I said, you know, I couldn't understand why he

11       was coming around and trying to touch me, you

12       know, and I did say, you know, didn't he love my

13       sister.  It was confusing me.

14   Q.  Did you ever talk to anyone in your family about

15       those confused feelings?

16   A.  I don't think so.

17   Q.  The next paragraph says:

18              "Michelle Davis wondered if she could

19       have been another of Flemmi's murder victims."

20              Did you, in fact, wonder that?

21   A.  Well, after it came out that he had murdered my

22       sister, it made me wonder, could I have been

23       next.  I was getting close to 26.

24   Q.  Next paragraph says:

00336913

00336913

64

1              "He's a pedophile.  That's his MO, said

2       Davis, 31."

3              Did you say that?

4   A.  I didn't say it like that.

5   Q.  Do you remember what you said?

6   A.  After the reporter had mentioned about all the

7       other victims, something like, you know, he's

8       nothing about a pervert or something like that,

9       you know.

10  Q.  The paragraph goes on to say:

11             "He goes after little girls and buys

12      them things.  I'm a victim.  I'm grateful to be

13      alive."

14             Did you say that?

15  A.  No.  Repeat that one.

16  Q.  Sure.  It says:

17             "He goes after little girls and buys

18      them things.  I'm a victim.  I'm grateful to be

19      alive."

20             My question to you is:  Did you say

21      that?

22  A.  That is what they said.  That is what they said.

23      They said about -- I didn't know he went

24      and did the things that he did to me to a lot of

K. L. GOOD & ASSOCIATES

65

1    other people.  I would never have thought that

2    of him.

3           I still have a very hard time believing

4    that he is the person that he really is.

5  Q.  Meaning what?  Explain that to me.

6  A.  He's a murderer.

7  Q.  And you have a hard time even now understanding

8    that?

9  A.  Yes.

10  Q.  That's because you knew him in a different way?

11  A.  Yeah.

12  Q.  And you had trusted him?

13  A.  That's right.

14  Q.  And he was like a father to you?

15  A.  Yeah.

16  Q.  Skipping down on that second page --

17           THE WITNESS:  Is that bad, Paul?

18           MR. GRIFFIN:  Not at all.  Just relax

19    and answer the question.

20  Q.  Skipping down on the second page.  Can you see

21    it?

22           MR. GRIFFIN:  She's got it.

23  Q.  At the bottom, it says:

24           "Davis said she also got into drugs

1  A.  No.

2  Q.  Did you say, what are you talking about?

3  A.  No.  I just let him talk.

4  Q.  Was Flemmi the type of person you could talk

5      back to?

6  A.  Yeah.  I mean --

7  Q.  Did you feel free to say, what are you talking

8      about?

9  A.  Yeah.

10 Q.  When was this exchange about the drugs?

11 A.  What do you mean?

12 Q.  This is when you were 19?

13 A.  Yes.

14 Q.  Did this happen over the phone?

15 A.  What happen over the phone?

16 Q.  Where he says you're giving money to a drug

17     dealer who is only going to give it back to me

18     or some such thing.  Did he say that over the

19     telephone?

20 A.  No.  I think that was when we were talking

21     later.

22 Q.  Later?

23 A.  (Witness nods head.)

24 Q.  The next paragraph says:

72

1          "Davis, who lives in Foxboro with her

2     child from her relationship with another man,

3     said when she turned 15, Flemmi started getting

4     touchy feely, and by the time she turned 17,

5     they had a sexual relationship."

6          Did you have any children by Steve

7     Flemmi?

8  A.  No.

9  Q.  Did you become pregnant by Steve Flemmi?

10 A.  No.

11 Q.  Is this accurate, that by 17, you'd begun a

12     sexual relationship with him or he had begun one

13     with you?

14 A.  Yeah.

15 Q.  So before that, from when you were 13 until you

16     were 17, you had some sort of inappropriate

17     relationship, not necessarily sexual?

18 A.  Before then, he had already molested me.

19 Q.  On the last page, we'll go through the last

20     three paragraphs.  It says here that you called

21     yourself a confused little girl who was lured

22     into Flemmi's world by the promise of gifts,

23     money and cars.  Is that true?

24 A.  I didn't say that.  I said that I was a confused

73

1    little girl.

2  Q.  Did he make promises to you of gifts, money,

3      cars?

4  A.  No, no.

5  Q.  But you've previously testified that he did give

6      you money?

7  A.  Yeah.

8  Q.  Did he ever buy you a car?

9  A.  Yeah.

10 Q.  What kind of car?

11 A.  Why does that matter?

12      MR. GRIFFIN:  Answer the question, if

13      you know.

14 Q.  Do you remember what kind of car it was?  Was it

15      a car like your sister's?  Was it a Mercedes?

16 A.  No.  He bought me a few cars.

17 Q.  He bought you a few cars.  What kind of cars

18      were they?

19 A.  A Firebird, Camaro and 300ZX Turbo.

20 Q.  Were these cars you had asked for or did he just

21      give them to you?

22 A.  No.  Those were cars that I picked out.

23 Q.  You picked them out.  So you would go shopping

24      with him, you'd pick out the car and he would

00336948
00336948

99

1        CERTIFICATE OF COURT REPORTER

2            I, Kathleen L. Good, Registered

3    Professional Reporter and Certified Shorthand

4    Reporter, do certify that the deposition of MICHELLE

5    MARIE DAVIS, in the matter of Davis vs. USA, on

6    April 14, 2005, was stenographically recorded by me;

7    that the witness provided satisfactory evidence of

8    identification, as prescribed by Executive Order 455

9    (03-13) issued by the Governor of the Commonwealth

10   of Massachusetts, before being sworn by me, a Notary

11   Public in and for the Commonwealth of Massachusetts;

12   that the transcript produced by me is a true and

13   accurate record of the proceedings to the best of my

14   ability; that I am neither counsel for, related to,

15   nor employed by any of the parties to the above

16   action; and further that I am not a relative or

17   employee of any attorney or counsel employed by the

18   parties thereto, nor financially or otherwise

19   interested in the outcome of the action.

20

21   _____

22   Kathleen L. Good, CSR, RPR

23

24