UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | **NO: 1:99-cr-10371-DJC** |
| **VS.** | ) | |
| | ) | |
| **JAMES BULGER** | ) | |

## NOTICE OF APPEARANCE FOR MATERIAL WITNESS

    Now comes Patrick Nee, a proposed material witness in the above-entitled matter and respectfully request this Court enter counsel's notice of appearance.

Dated: 7-30-13

Patrick Nee,
By his attorney,

/s/ Steven C. Boozang
_____
Steven C. Boozang, Esq.
450 Washington Street
Dedham, MA 02026
781-251-9991
BBO# 659216

CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 30, 2013.

/s/ Steven C. Boozang
_____
Steven C. Boozang, Esq.