UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 99-10371-DJC |
| | ) |
| JAMES J. BULGER, | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S MEMORANDUM REGARDING FED. R. EVID. 613(b)**

By and through the undersigned Assistant U.S. Attorneys, the government hereby submits this brief memorandum regarding Fed. R. Evid. 613(b) in advance of the anticipated testimony by MSP Lieutenant Johnson and DEA Special Agent Dan Doherty.

LEGAL BACKGROUND

Fed. R. Evid. 613(b) states, in pertinent part:

> Extrinsic evidence of a witness's prior inconsistent statement is admissible only if the witness is given an opportunity to explain or deny the statement and an adverse party is given an opportunity to examine the witness about it, or if justice so requires.

Accordingly, 613(b) permits admission of extrinsic evidence of a witness's prior inconsistent statement only when a proper foundation has been laid by giving the witness an opportunity to explain or deny the out of court statement. *See United States v. Pridgen*, 518 F.3d 87, 91 (1st Cir. 2008). *See also United States v. Vazquez-Rivera*, 407 F.3d 476, 483 (1st Cir. 2005).

CONCLUSION

For the reasons set forth herein, unless Steven Flemmi was confronted during cross-examination with any purportedly prior inconsistent statement, defendant is precluded from using Lieutenant Johnson and Special Agent Doherty to elicit evidence of any prior inconsistent statements by Flemmi.

                                  Respectfully submitted,

                                  CARMEN M. ORTIZ
                                  United States Attorney

By:   */s/ Zachary R. Hafer*
       ZACHARY R. HAFER
       BRIAN T. KELLY
       FRED M. WYSHAK, JR.
       Assistant U.S. Attorneys

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on July 31, 2013.

                                  */s/ Zachary R. Hafer*
                                  Zachary R. Hafer
                                  Assistant U.S. Attorney

Dated: July 31, 2013