```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.                      ) | NO.  99-CR-10371-DJC |
| ) | |
| JAMES J. BULGER         ) | |

## DEFENDANT'S PRELIMINARY EXHIBITS

The defendant, James J. Bulger, may offer the following exhibits during the defendant's case.

```
                              JAMES J. BULGER
                              By His Attorneys,

                              CARNEY & BASSIL

                              /s/ J. W. Carney, Jr.
                              J. W. Carney, Jr.
                              B.B.O. # 074760

                              /s/ Henry B. Brennan
                              Henry B. Brennan
                              B.B.O. # 634036

                              Carney & Bassil
                              20 Park Plaza, Suite 1405
                              Boston, MA 02116
                              617-338-5566
```

Dated: July 31, 2013

Certificate of Service

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                        */s/ J. W. Carney, Jr.*
                                        J. W. Carney, Jr.