UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES<br><br>v.<br><br>JAMES J. BULGER | )<br>)<br>)<br>)<br>)   Crim. Action No. 99-10371-DJC<br>)<br>)<br>)<br>) |

WE, THE JURY, FIND the defendant JAMES J. BULGER,

**As to COUNT ONE (Racketeering Conspiracy)**

\_\_\_\_\_ Guilty              \_\_\_\_\_ Not Guilty

**As to COUNT TWO  (Racketeering Substantive Offense)**

\_\_\_\_\_ Guilty              \_\_\_\_\_ Not Guilty

If you found JAMES J. BULGER guilty as to Count 2, please indicate below which alleged Racketeering Acts you unanimously find that the government has proven beyond a reasonable doubt:

**RACKETEERING ACT NO. 1:**
Conspiracy to Murder Members of the Notorangeli Group

\_\_\_ Proved              \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 2:**
Murder of Michael Milano

\_\_\_ Proved              \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 3:**
Murder of Al Plummer

\_\_\_ Proved              \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 4:**
Murder of William O'Brien

  ___ Proved    ____ Not Proved

**RACKETEERING ACT NO. 5:**
Murder of James O'Toole

  ___ Proved    ____ Not Proved

**RACKETEERING ACT NO. 6:**
Murder of Al Notorangeli

  ___ Proved    ____ Not Proved

**RACKETEERING ACT NO. 7A:**
Conspiracy to Murder James Sousa

  ___ Proved    ____ Not Proved

**RACKETEERING ACT NO. 7B:**
Murder of James Sousa

  ___ Proved    ____ Not Proved

**RACKETEERING ACT NO. 8:**
Murder of Paul McGonagle

  ___ Proved    ____ Not Proved

**RACKETEERING ACT NO. 9:**
Murder of Edward Connors

  ___ Proved    ____ Not Proved

**RACKETEERING ACT NO. 10A:**
Conspiracy to Murder Thomas King

  ___ Proved    ____ Not Proved

**RACKETEERING ACT NO. 10B:**
Murder of Thomas King

  ___ Proved    ____ Not Proved

**RACKETEERING ACT NO. 11:**
Murder of Francis "Buddy" Leonard

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 12:**
Murder of Richard Castucci

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 13A:**
Conspiracy to Murder Roger Wheeler

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 13B:**
Murder of Roger Wheeler

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 14:**
Murder of Debra Davis

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 15:**
Murder of Brian Halloran

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 16:**
Murder of Michael Donahue

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 17A:**
Conspiracy to Murder John Callahan

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 17B:**
Murder of John Callahan

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 18:**
Murder of Arthur "Bucky" Barrett

\_\_\_ Proved          \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 19:**
Murder of John McIntyre

\_\_\_ Proved          \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 20:**
Murder of Deborah Hussey

\_\_\_ Proved          \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 21:**
Extortion Conspiracy: "Rent"

\_\_\_ Proved          \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 22:**
Extortion of Richard O'Brien

\_\_\_ Proved          \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 23:**
Extortion of Kevin Hayes

\_\_\_ Proved          \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 24:**
Extortion Conspiracy: "Fines"

\_\_\_ Proved          \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 25:**
Extortion of Michael Solimando

\_\_\_ Proved          \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 26:**
Extortion of Stephen Rakes and Julie Rakes

\_\_\_ Proved          \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 27:**
Extortion of Richard Bucheri

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 28:**
Extortion of Raymond Slinger

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 29:**
Narcotics Distribution Conspiracy

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 30:**
(Concealment) Money Laundering Conspiracy

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 31:**
(Concealment) Money Laundering
(Sale of 295 Old Colony Ave., South Boston, Massachusetts)

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 32(A):**
(Concealment) Money Laundering
(Sale of 295 Old Colony Ave., South Boston, Massachusetts)

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACTS NO. 32(B) – 32(PPP):**
(Concealment) Money Laundering (Mortgage Payments)

    \_\_\_ Proved     \_\_\_\_ Not Proved

**RACKETEERING ACT NO. 33:**
(Concealment or Promotion) Money Laundering (Transfer of $10,000 to John Martorano)

    \_\_\_ Proved     \_\_\_\_ Not Proved

**As to COUNT THREE  (Extortion Conspiracy:  Rent)**

\_\_\_\_\_ Guilty            \_\_\_\_\_ Not Guilty

**As to COUNT FOUR (Extortion of Kevin Hayes)**

\_\_\_\_\_ Guilty            \_\_\_\_\_ Not Guilty

**As to COUNT FIVE (Concealment Money Laundering Conspiracy)**

\_\_\_\_\_ Guilty            \_\_\_\_\_ Not Guilty

**As to COUNTS SIX through TWENTY-SIX**
**(Concealment Money Laundering (Mortgage Payments))**

| | | |
|---|---|---|
| Count 6  | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 7  | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 8  | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 9  | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 10 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 11 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 12 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 13 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 14 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 15 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 16 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 17 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 18 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 19 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 20 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 21 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 22 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 23 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 24 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 25 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |
| Count 26 | \_\_\_\_\_ Guilty | \_\_\_\_\_ Not Guilty |

**As to COUNT TWENTY-SEVEN**
**(Concealment or Promotion Money Laundering (Transfer of $10,000 to John Martorano))**

\_\_\_\_\_ Guilty            \_\_\_\_\_ Not Guilty

6

**As to COUNT THIRTY-NINE (Possession of Firearms in Furtherance of Violent Crime)**

\_\_\_\_\_ Guilty             \_\_\_\_\_ Not Guilty

**As to COUNT FORTY (Possession of Machineguns in Furtherance of Violent Crime)**

\_\_\_\_\_ Guilty             \_\_\_\_\_ Not Guilty

**As to COUNT FORTY-TWO (Possession of Unregistered Machineguns)**

\_\_\_\_\_ Guilty             \_\_\_\_\_ Not Guilty

**As to COUNT FORTY-FIVE (Transfer and Possession of Machineguns)**

\_\_\_\_\_ Guilty             \_\_\_\_\_ Not Guilty

**As to COUNT FORTY-EIGHT (Possession of Firearms with Obliterated Serial Numbers)**

\_\_\_\_\_ Guilty             \_\_\_\_\_ Not Guilty

_____             _____
**FOREPERSON'S SIGNATURE**                                  **DATE**