UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES

v.                                              Crim. No.  99-CR-10371-DJC

JAMES BULGER

NOTICE OF APPEARANCE ON BEHALF OF INTERESTED PARTY AND
REQUEST REGARDING FORFIETURE PROCEEDINGS

Undersigned counsel hereby enters his appearance on behalf of interested parties, Julie Dammers and Trustee in Bankruptcy, Gary Cruickshank, in this matter, and requests an opportunity to be heard regarding their rights in connection with any proceedings seeking the forfeiture of the funds seized from Bulger at the time of his arrest.

In support of this request counsel states as follows:

1) That he is counsel of record on behalf of the Plaintiffs <u>Cruickshank, et al., v. Bulger</u>, case number 01-CV-1117-WGY.

2) On June 24, as reflected in the docket entries of the above case, which this Court is required to take judicial notice of, Judge Young entered the following ruling on undersigned counsel's Motion for Preliminary Injunction:

"ELECTRONIC Clerk's Notes for proceedings held before Judge William G. Young: re Emergency Motion to Reopen Case and Motion for Preliminary Injunction held on 6/24/2011. After the hearing, the emergency motion to reopen is ALLOWED. **<u>Treating motion for preliminary injunction as a lien on the property, the motion is ALLOWED as a lien on the property.</u> <u>The plaintiff has an asserted right to the assets.</u>** …. (Entered: 06/24/2011) (emphasis supplied)

1

3)        Judge Young's order was made in connection with a judgment obtained by the Plaintiffs against Bulger in the amount of $29,067,824.44. As also reflected in the docket entries in the matter before Judge Young, their judgment was executed, served and levied upon the United States Marshal and the Federal Bureau of Investigation.

4)        The funds which were seized when Bulger was arrested in Santa Monica are subject to the lien imposed by Judge Young, and the execution of judgment and levy served upon the United States Marshal and the Federal Bureau of Investigation. Counsel requests an opportunity to address his clients' rights to the funds in question before any final action is taken by this Court with respect to the forfeiture proceedings which will follow the jury verdict in this case.

Dated: August, 2013

       Respectfully submitted,
       Parties in interest, Trustee Gary Cruickshank and Julie Dammers.
       by thier attorney,

       *Anthony M. Cardinale*
       Anthony M. Cardinale
       BBO # 073460
       655 Summer St.
       Boston, Massachusetts 02110
       (617) 345-5400

Certificate of Service
I hereby certify that this document(s) filed through the ECF system
will be sent electronically to the registered participants as
identified on the Notice of Electronic Filing (NEF) and paper
copies will be sent to those indicated as non registered participants
on August 9, 2013.