UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>             Plaintiff,<br><br>       v.<br><br>JAMES J. BULGER,<br>             Defendant. | CRIMINAL ACTION<br>NO. 99-10371-DJC |

**MOTION OF THE ASSOCIATED PRESS FOR IMMEDIATE POST-VERDICT ACCESS TO JURY LIST**

The Associated Press hereby respectfully moves that, upon return of the verdict in this case, the jury list immediately be made available to the press for the purpose of conducting juror interviews. As grounds for its motion, the Associated Press relies on the memorandum of law filed by Globe Newspaper Company, Inc. in support of its motion seeking the same relief.

By its attorneys,

/s/Jonathan M. Albano
Jonathan M. Albano BBO #013850
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, MA  02110
(617) 951-8000

Dated:  August 9, 2013

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 9, 2013.

/s/Jonathan M. Albano
Jonathan M. Albano

A/75673651.1