# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | Criminal Action No. 99-10371-DJC |
| ) | |
| JAMES J. BULGER ) | |

## WAIVER OF JURY FINDING

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(5)(A), now comes the defendant, James J. Bulger, and waives his right for the jury to be retained to determine the forfeitability of the following specific property:

1. $821,799.49 in United States currency seized from 1012 Third Street, Apartment 303, Santa Monica, California;

2. All firearms, ammunition and any and all other weapons seized from 1012 Third Street, Apartment 303, Santa Monica, California; and

3. Items seized from 1012 Third Street, Apartment 303, Santa Monica, California, including, but not limited to, all jewelry, electronics, art, furniture, household items, clothing, personal effects and any and all other personal property. As to this category of assets, the parties have agreed to exclude a Stanley Cup ring, which the defendant contends was a gift to him by a third-party.

The defendant elects to have the forfeitability of this specific property decided by the Court.

*/s/ James Bulger*
Defendant

_____
Attorney for the Defendant

The United States also elects to have the forfeitability of this specific property decided by the Court.

By the United States,

_____
Assistant U.S. Attorney

APPROVED:

_____
United States District Judge

August 9, 2013.
Date