

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
OFFICE OF THE CLERK
1 COURTHOUSE WAY
BOSTON, MASSACHUSETTS 02210

ROBERT M. FARRELL
CLERK OF COURT

September 10, 2013

# MEMORANDUM

TO: Hon. Denise J. Casper, United States District Judge

FROM: Barbara G. Leboff

RE: Total Payments in US v Bulger

Attached are copies of all the CJA 20 vouchers that have been submitted to date. All have been approved by the District Court. The two most recent vouchers for June 10, 2013 - June 30, 2013 are currently awaiting review and approval. However, since they will be processed for payment within the next month, I have included these in the total paid figure. The only amounts still missing are the attorney fees and expenses for the months of July and August.

The total of the CJA 20 vouchers paid and/or approved for payment to date is $2,424,408.26. In addition to the CJA 20 vouchers for counsel, CJA 21 vouchers for service providers and other experts were submitted for a total of $210,764.96 and CJA 24 vouchers for transcripts were submitted for a total $36,158.55. A more detailed breakdown of the service provider costs appears below. Grand total cost of the representation $2,671,331.77.

Investigative Services $62,135.26
Computer Hardware/Software $1,850.87
Paralegal Services $139,098.30
Duplication Services $1,509.88
Computer Forensics $3,372.50
Other Experts $2,798.15
Transcript Costs $36,158.55

Neither Attorney Carney nor Attorney Brennan have submitted vouchers for the months of July or August as of yet nor have I received vouchers for paralegal services covering these months of service. Additionally, service provider funds for experts were requested, but currently no CJA 21 vouchers have been submitted from these individuals.

Thank you.

USA v. James Bulger
1:99-CR-10371-DJC

| Document | Attorney | Date of Service | In/Out Court | Expenses | Total | Status | Pymt Date |
|---|---|---|---|---|---|---|---|
| 110713000278 | Peter Krupp | 06/24/11-06/30/11 | $500.00 | $0.00 | $500.00 | Paid | 08/03/11 |
| 111021000057 | J.W. Carney | 06/30/11-08/31/11 | $9,912.50 | $97.23 | $10,009.73 | Paid | 11/09/11 |
| 111026000198 | J.W. Carney | 09/01/11-09/26/11 | $2,300.00 | $0.00 | $2,300.00 | Paid | 11/17/11 |
| 120120000079 | J.W. Carney | 10/01/11-10/31/11 | $16,350.00 | $79.40 | $16,429.40 | Paid | 02/09/12 |
| 120120000086 | J.W. Carney | 11/01/11-11/30/11 | $7,962.50 | $238.57 | $8,201.07 | Paid | 02/03/12 |
| 120207000153 | J.W. Carney | 12/01/11-12/31/11 | $8,125.00 | $118.57 | $8,243.57 | Paid | 03/01/12 |
| 120221000101 | J.W. Carney | 01/01/12-01/31/12 | $24,025.00 | $321.80 | $24,346.80 | Paid | 03/29/12 |
| 120322000042 | J.W. Carney | 02/01/12-02/29/12 | $44,825.00 | $476.30 | $45,301.30 | Paid | 04/30/12 |
| 120503000280 | J.W. Carney | 03/01/12-03/31/12 | $74,925.00 | $736.78 | $75,661.78 | Paid | 05/24/12 |
| 120607000244 | J.W. Carney | 04/01/12-04/30/12 | $66,075.00 | $289.83 | $66,364.83 | Paid | 07/18/12 |
| 120717000016 | J.W. Carney | 05/01/12-05/31/12 | $106,450.00 | $859.53 | $107,309.53 | Paid | 09/13/12 |
| 120802000224 | J.W. Carney | 06/01/12-06/30/12 | $112,500.00 | $311.62 | $112,811.62 | Paid | 10/05/12 |
| 120824000230 | J.W. Carney | 07/01/12-07/31/12 | $106,750.00 | $504.81 | $107,254.81 | Paid | 10/05/12 |
| 121005000065 | J.W. Carney | 08/01/12-08/31/12 | $97,412.50 | $841.84 | $98,254.34 | Paid | 10/23/12 |
| 121105000072 | J.W. Carney | 09/01/12-09/30/12 | $77,612.50 | $108.20 | $77,720.70 | Paid | 11/16/12 |
| 121105000094 | Henry Brennan | 06/30/11-09/30/12 | $27,737.50 | $225.90 | $27,963.40 | Paid | 11/16/12 |
| 121113000082 | J.W. Carney | 10/01/12-10/31/12 | $113,987.50 | $340.01 | $114,327.51 | Paid | 12/10/12 |
| 121113000092 | Henry Brennan | 10/01/12-10/31/12 | $27,325.00 | $90.36 | $27,415.36 | Paid | 12/10/12 |
| 121227000108 | J.W. Carney | 11/01/12-11/30/12 | $124,050.00 | $773.76 | $124,823.76 | Paid | 01/11/13 |
| 121227000114 | Henry Brennan | 11/01/12-11/30/12 | $28,162.50 | $225.90 | $28,388.40 | Paid | 01/11/13 |
| 130304000073 | J.W. Carney | 12/01/12-12/31/12 | $128,575.00 | $292.53 | $128,867.53 | Paid | 03/19/13 |
| 130304000076 | Henry Brennan | 12/01/12-12/31/12 | $26,275.00 | $180.72 | $26,455.72 | Paid | 04/05/13 |
| 130319000011 | J.W. Carney | 01/01/13-01/31/13 | $138,737.50 | $62.09 | $138,799.59 | Paid | 04/25/13 |
| 130319000013 | Henry Brennan | 01/01/13-01/31/13 | $27,150.00 | $183.96 | $27,333.96 | Paid | 04/25/13 |
| 130327000010 | J.W. Carney | 02/01/13-02/28/13 | $139,550.00 | $478.77 | $140,028.77 | Paid | 04/25/13 |
| 130327000013 | Henry Brennan | 02/01/13-02/28/13 | $28,612.50 | $91.98 | $28,704.48 | Paid | 04/25/13 |
| 130506000017 | J.W. Carney | 03/01/13-03/31/13 | $166,012.50 | $324.49 | $166,336.99 | Paid | 05/28/13 |
| 130506000020 | Henry Brennan | 03/01/13-03/31/13 | $33,412.50 | $183.96 | $33,596.46 | Paid | 05/28/13 |
| 130517000082 | J.W. Carney | 04/01/13-04/30/13 | $155,812.50 | $284.55 | $156,097.05 | Paid | 06/07/13 |
| 130517000088 | Henry Brennan | 04/01/13-04/30/13 | $31,687.50 | $91.98 | $31,779.48 | Paid | 06/07/13 |
| 130624000063 | J.W. Carney | 05/01/13-05/31/13 | $166,250.00 | $360.13 | $166,610.13 | Paid | 07/23/13 |
| 130624000067 | Henry Brennan | 05/01/13-05/31/13 | $37,200.00 | $108.98 | $37,308.98 | Paid | 07/23/13 |
| 130809000016 | Henry Brennan | 06/01/13-06/09/13 | $12,250.00 | $0.00 | $12,250.00 | Paid | 08/29/13 |
| 130809000011 | J.W. Carney | 06/01/13-06/09/13 | $49,962.50 | $619.73 | $50,582.23 | Paid | 09/06/13 |
| 130820000192 | J.W. Carney | 06/10/13-06/30/13 | $159,837.50 | $1,066.48 | $160,903.98 | Pending Final Approval | |
| 130820000194 | Henry Brennan | 06/10/13-06/30/13 | $35,125.00 | $0.00 | $35,125.00 | Pending Final Approval | |
| | | Grand Total CJA 20 | $2,413,437.50 | $10,970.76 | $2,424,408.26 | | |
| | | Grand Total CJA 21 (All Categories) | $204,410.91 | $6,354.05 | $210,764.96 | | |
| | | Grand Total CJA 24 | $36,158.55 | $0.00 | $36,158.55 | | |
| | | Total Cost of Representation | $2,654,006.96 | $17,324.81 | $2,671,331.77 | | |