UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                    Docket No. 99-CR-10371-DJC

vs.

JAMES J. BULGER

### NOTICE OF APPEARANCE ON BEHALF OF VICTIM, DEBRA DAVIS

Please enter our appearances on behalf of the victim, and interested party, Debra Davis, by and through her Administrators, John E. Davis and Robert Davis.

        John E. Davis and Robert Davis
        By their attorneys,

        /s/ Michael J. Heineman
        Michael J. Heineman, Esq.
        Mingace and Heineman, P.C.
        284 Union Street
        Framingham, MA
        (508) 626-8500
        BBO # 556841

        /s/ Paul J. Griffin
        Paul J. Griffin, Esq.
        487 Adams Street
        Milton, MA 02186
        (617) 698-3580

Dated: September 20, 2013        BBO #211750

### Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 20, 2013.

        /s/ Michael J. Heineman