UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | Crim. No. 99-10371-DJC |
| ) | |
| JAMES J. BULGER ) | |

**DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM OUT OF TIME**

The defendant, James J. Bulger, submits this motion for leave for additional time to file his memorandum regarding the issue of victim impact statements relating to unproven and/or acquitted conduct at sentencing. The defendant requests that this court grant him until October 2, 1013 for the filing of the memorandum. As grounds therefore, the defendant states that counsel requires additional time for further research and final editing of the memorandum.

JAMES J. BULGER
By His Attorneys,

CARNEY & BASSIL

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

*Henry B. Brennan*
Henry B. Brennan
B.B.O. # 634036

                                      Carney & Bassil
                                      20 Park Plaza, Suite 1405
                                      Boston, MA 02116
                                      617-338-5566

Dated: September 30, 2013

### Certificate of Service

     I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on or before the above date.

                                            */s/ J. W. Carney, Jr.*
                                            J. W. Carney, Jr.